# Exhibit "A"













# Exhibit "B"



home    artmix lessons memberships    artmix kits for kids to teens    artmix kits for kids parties

artmix kits for adults & adult paint parties & gatherings



 

# michel keck inspired dog masterpiece kit

**$40.00**

Style

michel keck cat, in-studio ▾

**ADD TO CART**

this artmix to-go kit includes everything artists need to make a mixed media masterpiece of their favorite pet inspire by michel keck!

this is a very fun project to make at a birthday party for tweens & teens!

join us in our studio to paint & create with us, or in our zoom studio for teacher-led instruction.  please make your reservation to come into the studio or to join us in our zoom studio: register today!

our zoom studio meeting id will be provided upon purchase.  we look forward to creating with you soon!

f SHARE    🐦 TWEET    📌 PIN IT

## YOU MAY ALSO LIKE



**landscape of ireland masterpiece kit: artists ages 7-10 to tweens & teens**
$45.00



**george rodrigue inspired winter blue dog masterpiece kit: tweens to adults**
$45.00



**pete cromer inspired penguin masterpiece kit**
$45.00



**simon bull inspired music masterpiece kit: artists of 7-10, tweens to teens**
$45.00

← BACK TO WELCOME TO THE ARTMIX SHOP!

**address**

2522 times boulevard
houston, texas 77005

**contact**

contact@artmixlearning.com
713.552.9028

**Newsletter**

Email address    SUBSCRIBE



# Exhibit "C"





