# Exhibit "A"













# Exhibit "B"



home | artmix lessons memberships | artmix kits for kids to teens | artmix kits for kids parties
artmix kits for adults & adult paint parties & gatherings





 

# michel keck inspired dog masterpiece kit

$40.00

Style

michel keck cat, in-studio

**ADD TO CART**

this artmix to-go kit includes everything artists need to make a mixed media masterpiece of their favorite pet inspire by michel keck!

this is a very fun project to make at a birthday party for tweens & teens!

join us in our studio to paint & create with us, or in our zoom studio for teacher-led instruction. please make your reservation to come into the studio or to join us in our zoom studio: register today!

our zoom studio meeting id will be provided upon purchase. we look forward to creating with you soon!

SHARE    TWEET    PIN IT

## YOU MAY ALSO LIKE



landscape of ireland masterpiece kit: artists ages 7-10 to tweens & teens
$45.00



george rodrigue inspired winter blue dog masterpiece kit: tweens to adults
$45.00



pete cromer inspired penguin masterpiece kit
$45.00



simon bull inspired music masterpiece kit: artists of 7-10, tweens to teens
$45.00

← BACK TO WELCOME TO THE ARTMIX SHOP!

**address**

2522 times boulevard
houston, texas 77005

**contact**

contact@artmixlearning.com
713.552.9028

**Newsletter**

Email address

SUBSCRIBE

      



© 2021, artmix public Powered by Shopify

# Exhibit "C"





