**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **MICHEL KECK,** | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:21-CV-0430 |
| | § | |
| **MIX CREATIVE LEARNING** | § | |
| **CENTER, LLC,** *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendants' Motion to Dismiss (Doc. 20.) On August 4, Plaintiff filed the First Amended Complaint. (Doc. 21.) Plaintiff's First Amended Complaint supersedes the Original Complaint (Doc. 1), which was the basis of Defendants' Motion to Dismiss. The amended pleading renders the original complaint of no legal effect. *King v. Dogan*, 31 F.3d 344, 346 (5th Cir. 1994). Therefore, Defendants' original Motion to Dismiss (Doc. 20) is **DENIED WITHOUT PREJUDICE AS MOOT**. The Court notes that Defendants are free to make whatever filings they deem appropriate in response to the First Amended Complaint, as the Court makes no determination of law as to its sufficiency.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the August 12, 2021.

_____
HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE