UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **MICHEL KECK** § | |
| § | |
| Plaintiff, § | Civil Action No. 4:21-cv-0430 |
| § | |
| v. § | |
| § | |
| **MIX CREATIVE LEARNING** § | |
| **CENTER, LLC**, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT OR IN THE ALTERNATIVE MOTION FOR MORE DEFINITE STATEMENT

On this day, the Court considered Defendants Mix Creative Learning Center, LLC, Jacqueline P. Kenneally and Does 1 through 10 inclusive ("Defendants" or "Mix Creative") Motion to Dismiss Plaintiff's First Amended Complaint and in the Alternative Motion for More Definite Statement (the "Motion"). After consideration of the Motion, any response, and argument of counsel if any, and the applicable law, the Court finds that Defendants' Motion should be GRANTED. It is therefore ORDERED that Plaintiff's Original Complaint is DISMISSED without prejudice.

SIGNED this _____ day of _____, 2021.

_____
United States District Judge

ACTIVE 59495978v1