United States District Court
Southern District of Texas
**ENTERED**
February 18, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **MICHEL KECK,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:21-cv-0430** |
| | § | |
| **MIX CREATIVE LEARNING** | § | |
| **CENTER, LLC,** *et al.*, | § | |
| | § | |
| **Defendants.** | § | |

### SCHEDULING/ DOCKETING CONTROL ORDER

Anticipated Length of Trial: __2__ days        Jury: __✓__   Non-Jury: _____

1.    DEFENDANT must answer or otherwise respond to First Amended Complaint . DUE DATE: ___April 4, 2022___

2.    EXPERT WITNESSES for the PLAINTIFF will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it.  DUE DATE: ___July 18, 2022___

3.    EXPERT WITNESSES for the DEFENDANT will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it.  DUE DATE: ___August 8, 2022___

4.    DISCOVERY must be completed by:  Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline. ___August 29, 2022___

5.    AMENDMENT to PLEADINGS by Plaintiff or Counter-Plaintiff shall be filed by: ___September 19, 2022___

6.    DISPOSITIVE AND NON-DISPOSITIVE MOTIONS (except motions *in limine)* will be filed by:        October 14, 2022

6.    JOINT PRETRIAL ORDER and MOTIONS *IN LIMINE* will be filed by: (The Court will fill in this date)        January 9, 2023

7.    TRIAL will begin at 9:00 a.m.        January 30, 2023

February 18, 2022
Date

Keith P. Ellison
United States District Judge

February 18, 2022
Date

*/s/ Mathew Higbee*
Counsel for Plaintiff(s)

February 18, 2022
Date

*/s/ Roland Garcia*
Counsel for Defendant(s)

-2-