Mathew K. Higbee
Texas Bar No. 24076924
**HIGBEE & ASSOCIATES**
1504 Brookhollow Drive, Suite #112
Santa Ana, CA 92782
Telephone: (714) 617-8336
mhigbee@higbeeassociates.com

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| MICHEL KECK, | Case No. 4:21-cv-00430 |
| Plaintiff, | **DECLARATION OF MICHEL KECK** |
| v. | |
| MIX CREATIVE LEARNING CENTER, LLC; JACQUELINE P. KENNEALLY and DOES 1 through 10 inclusive, | |
| Defendants. | |

## DECLARATION OF MICHEL KECK

I, Michel Keck, declare as follows:

1.      I am over the age of 18 years old. I have personal knowledge of all matters stated herein, and if called as a witness, I could and would competently testify thereto.

2.      I am a professional artist by trade.

3.      I offer my works for sale via my online gallery.

4.      My corporate projects have included working with many of Nordstrom's Department stores across the U.S. to create original mixed media pieces for their Savvy Departments, and creating mixed media pieces for national restaurant chain Bar Louie.

5.      In addition to creating artwork, I also sell various pieces of merchandise featuring my original mixed media designs.

6.      One of my most popular collections is my Dog Art series comprising mixed media collage style paintings of various dog breeds.

7.     I am the sole creator and exclusive rights holder to 6 works, including a Bulldog ("Bulldog Work"), a Labrador ("Labrador Work"), a Snorkie ("Snorkie Work"), a Shih Tzu ("Shih Tzu Work"), a Great Dane ("Great Dane Work") and a German Shepard ("German Shepard Work"), (collectively the "Works").

8.     True and correct copies of the Works are attached hereto as Exhibit A.

9.     I have registered the Works with the United States Copyright Office.

10.    The Bulldog Work, Labrador Work, Shih Tzu Work, and German Shepard Work were registered under registration VA 1-814-036 with an effective registration date of March 26, 2012.

11.    Attached hereto as Exhibit B is a true and correct copy of registration VA 1-814-036 and the accompanying deposit materials.

12.    The Great Dane Work is registered under registration VA 2-041-480 with an effective registration date of October 29, 2016.

13.    Attached hereto as Exhibit C is a true and correct copy of registration VA 2-041-480 and the accompanying deposit materials.

14.    The Snorkie Work is registered under registration VA 2-104-131 with an effective registration date of May 23, 2018.

15.    Attached hereto as Exhibit D is a true and correct copy of registration VA 2-104-131 and the accompanying deposit materials.

16.    In addition to my protectable copyright interest in the Works, I have also registered the word mark "Michel Keck" with the United States Patent and Trademark Office under registration number 5280022 ("Trademark").

17.    Attached hereto as Exhibit E is a true and correct copy of the registration obtained from the USPTO website.

18.    I utilize the Trademark in connection with both my artwork as well as the various merchandise and other products that I sell.

19.    In November 2020, I discovered that Defendants were selling a product using the Trademark titled "Michel Keck inspired dog masterpiece kit" for

$40.00 via the Artmix website ("Artmix Kit").

20.     A true and correct copy of the advertisement for the Artmix Kit is attached hereto as Exhibit F.

21.     I subsequently purchased an Artmix Kit, which was sent by to Indiana.

22.     Upon receiving the Artmix Kit in the mail, I discovered that it included unauthorized copies of my Works.

23.     Attached hereto as Exhibit G are true and correct pictures of the contents of the Artmix Kit that was purchased by me.

24.     I never authorized Defendants to use the Trademark to sell the Artmix Kits, nor did I authorize Defendants to include copies of my Works in the Artmix Kits.


I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 14, 2022 at Wheatfield, Indiana.


_Michel Keck_

Michel Keck

**DECLARATION OF MICHEL KECK**

# Exhibit "A"



Keck00009



Keck00006



Keck00004



Keck00005



Keck00008



Keck00007

# Exhibit "B"

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-814-036

**Effective date of
registration:**

March 26, 2012

---

## Title

Title of Work: Dog Collage Series, Volume I

Contents Titles: German Shepherd I

German Shepherd II

Labrador I

Labrador II

Short Hair Chihuahua

Long Hair Chihuahua

Doberman

Dachshund

Pug

Boxer

Airedale

Jack Russell Terrier

Boston Terrier

Scottish Terrier

West Highland Terrier

Greyhound

Shih Tzu

Golden Retriever

Bulldog

Border Collie

Maltese

## Completion/Publication

Year of Completion: 2008

Date of 1st Publication: November 18, 2008       Nation of 1st Publication: United States

## Author

Keck00001



# COPY OF DEPOSIT

# VA 1-814-036

# (SR 1-743548671)

NOTE: Deposits submitted electronically bear no identifying marks

NOTE ALSO: The attached color photocopies are the best possible electrostatic positive prints available.

Defendant 00045



Defendant 00046





Defendant 00048



Defendant 00049



Defendant 00050



Defendant 00051



Defendant 00052



Defendant 00053











Defendant 00058



Defendant 00059



Defendant 00060



Defendant 00061



Defendant 00062



Defendant 00063



Defendant 00064



Defendant 00065



Defendant 00066



# Exhibit "C"

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kayn Teyle Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-041-480

**Effective Date of Registration:**
October 29, 2016

## Title _____

**Title of Work:**   Great Dane #031302

## Completion/Publication _____

**Year of Completion:**   2013
**Date of 1st Publication:**   March 12, 2013
**Nation of 1st Publication:**   United States

## Author _____

• **Author:**   michel leah keck
**Author Created:**   2-D artwork
**Citizen of:**   United States

## Copyright Claimant _____

**Copyright Claimant:**   michel leah keck
13855 bond road, Coal City, IN, 47427, United States

## Rights and Permissions _____

**Organization Name:**   keck fine art
**Name:**   michel leah keck
**Email:**   michel@keckfineart.com
**Telephone:**   (812)859-4191
**Alt. Telephone:**   (812)859-4191
**Address:**   13855 bond road
coal city, IN 47427 United States

## Certification _____

**Name:**   michel keck
**Date:**   October 29, 2016



# COPY OF DEPOSIT

## VA 2-041-480

## (SR 1-4123139536)

NOTE: Deposits submitted electronically bear no identifying marks

NOTE ALSO: The attached color photocopy is the best possible electrostatic positive print available.

Defendant 00068



Defendant 00069

# Exhibit "D"

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Tisle*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-104-131

**Effective Date of Registration:**
May 23, 2018

---

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title _____

        **Title of Work:**  #011701 Snorkie

## Completion/Publication _____

    **Year of Completion:**  2017
  **Date of 1st Publication:**  January 06, 2017
  **Nation of 1st Publication:**  United States

## Author _____

       •  **Author:**  Michel leah Keck
    **Author Created:**  Artwork
       **Citizen of:**  United States
    **Domiciled in:**  United States

## Copyright Claimant _____

  **Copyright Claimant:**  Michel leah Keck
                     13855 Bond Rd, Coal City, IN, 47427, United States

## Rights and Permissions _____

  **Organization Name:**  Keck Fine Art
           **Name:**  Michel leah Keck
            **Email:**  michel@keckfineart.com
     **Telephone:**  (812)859-4191
       **Address:**  13855 Bond Rd
                     Coal City, IN 47427 United States

## Certification _____

Page 1 of 2

Keck00002



COPY OF DEPOSIT

VA 2-104-131

(SR 1-6611583666)

NOTE: Deposits submitted electronically bear no identifying marks

NOTE ALSO: The attached color photocopy is the best possible electrostatic positive print available.

Defendant 00043



Defendant 00044

# Exhibit "E"



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Wed Oct 12 03:17:23 EDT 2022*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

# Michel Keck

| **Word Mark** | MICHEL KECK |
| **Goods and Services** | IC 016. US 002 005 022 023 029 037 038 050. G & S: Art pictures; Art pictures on canvas; Art prints; Art prints on canvas; Original art pictures on canvas; Paintings. FIRST USE: 19990105. FIRST USE IN COMMERCE: 20030405 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 87287729 |
| **Filing Date** | January 3, 2017 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | June 20, 2017 |
| **Registration Number** | **5280022** |
| **Registration Date** | September 5, 2017 |
| **Owner** | (REGISTRANT) KECK, MICHEL DBA Keck Fine Art INDIVIDUAL UNITED STATES 13855 Bond Road Coal City INDIANA 47427 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | The name "Michel Keck" identifies a living individual whose consent is of record. |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# Exhibit "F"



home    artmix lessons memberships    artmix kits for kids to teens    artmix kits for kids parties

artmix kits for adults & adult paint parties & gatherings



 

# michel keck inspired dog masterpiece kit

**$40.00**

Style



**ADD TO CART**

this artmix to-go kit includes everything artists need to make a mixed media masterpiece of their favorite pet inspire by michel keck!

this is a very fun project to make at a birthday party for tweens & teens!

join us in our studio to paint & create with us, or in our zoom studio for teacher-led instruction.  please make your reservation to come into the studio or to join us in our zoom studio: register today!

our zoom studio meeting id will be provided upon purchase.  we look forward to creating with you soon!

SHARE    TWEET    PIN IT

## YOU MAY ALSO LIKE



**landscape of ireland masterpiece kit: artists ages 7-10 to tweens & teens**
$45.00



**george rodrigue inspired winter blue dog masterpiece kit: tweens to adults**
$45.00



**pete cromer inspired penguin masterpiece kit**
$45.00



**simon bull inspired music masterpiece kit: artists of 7-10, tweens to teens**
$45.00

← BACK TO WELCOME TO THE ARTMIX SHOP!

**address**

2522 times boulevard
houston, texas 77005

**contact**

contact@artmixlearning.com
713.552.9028

**Newsletter**

Email address    SUBSCRIBE

Keck00098

Keck00099

# Exhibit "G"





Keck00096