Mathew K. Higbee
Texas Bar No. 24076924
**HIGBEE & ASSOCIATES**
1504 Brookhollow Drive, Suite #112
Santa Ana, CA 92782
Telephone: (714) 617-8336
mhigbee@higbeeassociates.com
rcarreon@higbeeassociates.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| MICHEL KECK,<br><br>             Plaintiff,<br><br>v.<br><br>MIX CREATIVE LEARNING CENTER, LLC; JACQUELINE P. KENNEALLY and DOES 1 through 10 inclusive,<br><br>             Defendants. | Case No. 4:21-cv-00430<br><br>**[PROPOSED] ORDER** |

**[PROPOSED] ORDER GRANTING MOTION FOR SUMMARY JUDGMENT**

Before the Court is Plaintiff Michel Keck's Motion for Partial Summary Judgment. After having reviewed the Motion and all documents in support and opposition thereof, the Court is of the opinion that the Motion should be granted.

It is therefore ORDERED that Plaintiff Michel Keck's Motion for Summary Judgment is GRANTED.

SIGNED on this _____ day of _____, 2022.

_____
Hon. Keith P. Ellison