# EXHIBIT B

## Part 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-814-036

**Effective date of
registration:**

March 26, 2012

## Title

Title of Work:  Dog Collage Series, Volume I

Contents Titles:  German Shepherd I

German Shepherd II

Labrador I

Labrador II

Short Hair Chihuahua

Long Hair Chihuahua

Doberman

Dachshund

Pug

Boxer

Airedale

Jack Russell Terrier

Boston Terrier

Scottish Terrier

West Highland Terrier

Greyhound

Shih Tzu

Golden Retriever

Bulldog

Border Collie

Maltese

## Completion/Publication

Year of Completion:  2008

Date of 1st Publication:  November 18, 2008          Nation of 1st Publication:  United States

## Author

Keck00001

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay H. Tesle*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-104-131**

**Effective Date of Registration:**
May 23, 2018

---

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title _____

**Title of Work:**  #011701 Snorkie

## Completion/Publication _____

**Year of Completion:**  2017
**Date of 1st Publication:**  January 06, 2017
**Nation of 1ˢᵗ Publication:**  United States

## Author _____

- **Author:**  Michel leah Keck
  **Author Created:**  Artwork
  **Citizen of:**  United States
  **Domiciled in:**  United States

## Copyright Claimant _____

**Copyright Claimant:**  Michel leah Keck
13855 Bond Rd, Coal City, IN, 47427, United States

## Rights and Permissions _____

**Organization Name:**  Keck Fine Art
**Name:**  Michel leah Keck
**Email:**  michel@keckfineart.com
**Telephone:**  (812)859-4191
**Address:**  13855 Bond Rd
Coal City, IN 47427 United States

## Certification _____

Page 1 of 2

Keck00002

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-041-480

**Effective Date of Registration:**
October 29, 2016

---

## Title
‎

**Title of Work:** Great Dane #031302

## Completion/Publication
‎

**Year of Completion:** 2013
**Date of 1st Publication:** March 12, 2013
**Nation of 1st Publication:** United States

## Author
‎

- **Author:** michel leah keck
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant
‎

**Copyright Claimant:** michel leah keck
13855 bond road, Coal City, IN, 47427, United States

## Rights and Permissions
‎

**Organization Name:** keck fine art
**Name:** michel leah keck
**Email:** michel@keckfineart.com
**Telephone:** (812)859-4191
**Alt. Telephone:** (812)859-4191
**Address:** 13855 bond road
coal city, IN 47427 United States

## Certification
‎

**Name:** michel keck
**Date:** October 29, 2016



Keck00004



Keck00005



Keck00006





Keck00008



Keck00009

# REGISTERED COPYRIGHTS OF MICHEL KECK ARTWORK

**Registered Works:**



Title: #080626
Registration: VA 2-036-691 – Date: 2/19/2017



Title: #090633
Registration: VA 2-036-692 – Date: 2/19/2017



Title: #080707- Wish List XVI
Registration: VA 2-036-683 – Date: 2/19/2017

Keck00010



Title: #051217
Registration: VA 2-036-690 – Date: 2/19/2017



Title: #081204- Don't Want This Night To End
Registration: VA 2-036-697  - Date: 2/19/2017



Title: #071206
Registration: VA 2-036-696   - Date: 2/19/2017



Title: #071201- Just To Have That Feeling Again
Registration: VA – 2-036-702   - Date: 2/19/2017

2

Keck00011



Title: #031307- Resurgence
Registration: VA 2-037-991 – Date: 4/17/2017



Title: #010718- Come Back To Bed
Registration: VA – 2-036-701   - Date: 2/19/2017



Title: #061217- Faith and Patience
Registration: VA 2-036-705   - Date: 2/18/2017

Keck00012



Title: #111201- I Don't Make It Easy
Registration: VA 2-036-754   - Date: 2/18/2017



Title: #060701- I've Heard That Before
Registration:  VA 2-036-756   - Date: 2/18/2017



Title: #030808- Paper Cut IV
Registration: VA  2-036-760  - Date: 2/18/2017



Title: Forever
Registration: VA 2-037-989 – Date: 4/17/2017

4

Keck00013



Title: #120706- Anything Goes
Registration: VA 2-036-766  - Date: 2/18/2017



Title: #120705
Registration:  VA 2-036-758 – Date: 2/18/2017



Title: #031003- Once In A Lifetime
Registration: VA 2-036-781 – Date: 2/18/2017



Title: #090627- 2 Samuel Chapter 22:17-20
Registration: VA 2-036-736  - Date: 2/18/2017

Keck00014



Title: #110703- Well La De Dah
Registration: VA 2-036-738  - Date: 2/18/2017



Title: #081212- Returned To Kind
Registration: VA 2-038-133 – Date: 4/17/2017



Title: #110801- In It To Win It
Registration: VA 2-036-759 – Date: 2/18/2017



Title: #041306- Into Your Eyes
Registration: VA 2-037-985 – Date: 4/17/2017

Keck00015



Title: #111202- All The Times You Screwed Me Over
Registration: VA 2-036-762  - Date: 2/18/2017



Title: #081205
Registration: VA 2-036-787    - Date: 2/18/2017



Title: #061228- Never Trust A Man Who Can Dance
Registration: VA 2-036-797 – Date: 2/18/2017

7

Keck00016



Title: #071202- Hurdle
Registration: VA 2-036-761 – Date: 2/18/2017



Title: #071216- The Truth Is Setting In
Registration: VA 2-036-782 – Date: 2/18/2017



Title: #061230- Angry Is Better Than Tearful
Registration: VA 2-036-817 – Date: 2/18/2017

Keck00017



Title: #081203- Who's Coming With Me
Registration: VA 2-036-802 – Date: 2/18/2017



Title: #021010 – 4 am
Registration: VA 2-037-109 - Date: 1/15/2017



Title: #030811- End of Story
Registration: VA 2-037-220 - Date: 1/15/2017



Title: #070802- No Joke
Registration: VA 2-038-129 - Date: 4/17/2017

Keck00018



Title: #101201- Vulnerable
Registration: VA 2-037-988 - Date: 4/17/2017



Title: #050745- Peace of Mind
Registration: VA 2-037-219 - Date: 1/15/2017



Title: #060804- Getting Even
Registration: VA 2-036-786  - Date: 1/14/2017



Title: #120708- Perfect Timing
Registration: VA 2-036-852-  Date: 1/14/2017

Keck00019



Title: #100801- If That's The Way You Want It
Registration: VA 2-036-834 - Date: 1/14/2017



Title: #120707- All I Need
Registration: VA 2-036-836 - Date: 1/14/2017



Title: #010711- Bang Bang
Registration: VA 2-038-121 - Date: 4/17/2017



Title: #011304- Stars In Her Eyes
Registration: VA 2-037-059 - Date: 1/14/2017

Keck00020



Title: #011303- Taking A Breather
Registration: VA 2-037-060 - Date: 1/14/2017



Title: #060714- Wish List X
Registration: VA 2-036-851 - Date: 1/14/2017



Title: #060713- Wish List IX
Registration: VA 2-036-854  - Date: 1/14/2017



Title: #060711- Wish List VIII
Registration: VA 2-036-855   - Date: 1/14/2017

Keck00021



Title: #050701- Wish List I
Registration: VA 2-037-063 - Date: 1/14/2017



Title: #070705- Wish List XV
Registration: VA 2-037-081 - Date: 1/14/2017



Title: #50518
Registration: VA 2-037-087 - Date: 1/11/2017



Title: #70509
Registration: VA 2-036-850  - Date: 1/11/2017



Title: #50526
Registration: VA 2-037-079 - Date: 1/11/2017

Keck00022



Title: #010705- Break It To Me Hard
Registration: VA 2-037-074 - Date: 1/11/2017



Title: #031008- Fire Away
Registration: VA 2-036-822 - Date: 1/11/2017



Title: #010822- Darkest Hour
Registration: VA 2-037-092 - Date: 1/11/2017



Title: #030802
Registration: VA 2-037-093 - Date: 1/11/2017

Keck00023



Title: #050743
Registration: VA 2-037-101 - Date: 1/11/2017



Title: Cat 2
Registration: VA 2-041-052 - Date: 10/31/2016



Title: Pig 1
Registration: VA 2-041-206 - Date: 10/31/2016



Title: Horse 2
Registration: VA 2-041-252 - Date: 10/31/2016

Keck00024



Title: Horse 1
Registration: VA 2-040-970 - Date: 10/31/2016



Title: Cow 2
Registration: VA 2-041-254 - Date: 10/31/2016



Title: Cow 1
Registration: VA 2-040-983 - Date: 10/31/2016

Keck00025



Title: Cat 1
Registration: VA 2-040-891 - Date: 10/31/2016



Title: #030625
Registration: VA 2-041-310 - Date: 10/31/2016



Title: #101004- When The Going Gets Rough
Registration: VA 2-041-572 - Date: 10/31/2016



Title: #090711- Hard Knock Life
Registration: VA 2-041-584 - Date: 10/31/2016

17

Keck00026



Title: #050808- The Last Laugh
Registration: VA 2-041-497 - Date: 10/31/2016



Title: #100603- Guarded Heart
Registration: VA 2-041-591 - Date: 10/31/2016



Title: #081206 – I Gave You My Word
Registration: VA 2-041-568 - Date: 10/31/2016



Title: #071207- Matthew 7
Registration: VA 2-041-531 - Date: 10/31/2016

18



Title: #080613- Good At Running Away
Registration: VA 2-041-629 - Date: 10/31/2016



Title: #011106- Deepest Thoughts
Registration: VA 2-058-214 - Date: 10/31/2016



Title: #091008- Do Or Die
Registration: VA 2-058-218 - Date: 10/31/2016



Title: Psalms 139:9-12
Registration: VA 2-058-219 - Date: 10/31/2016

19

Keck00028



Title: #090616- Give It A Try
Registration: VA 2-040-388 - Date: 10/31/2016



Title: Serenity 27
Registration: VA 2-058-221 - Date: 10/31/2016



Title: #041208- Cross Mark
Registration: VA 2-041-642 -  Date: 10/31/2016



Title: #041210- Guardian Angel Prayer
Registration: VA 2-041-600 - Date: 10/31/2016

20



Title: #101204- Serenity Prayer
Registration: VA 2-041-652 - Date: 10/31/2016



Title: #040602- Long Way From Home
Registration: VA 2-040-591 - Date: 10/29/2016



Title: #090604- Cross
Registration: VA 2-040-596 - Date: 10/29/2016



Title: #080622- Cross
Registration: VA 2-047-638 - Date: 10/29/2016

21

Keck00030



Title: #080630
Registration: VA 2-041-150 - Date: 10/29/2016



Title: #041213- Serenity Prayer
Registration: VA 2-058-223 - Date: 10/29/2016



Title: #011305- Husky
Registration: VA 2-058-235 - Date: 10/29/2016



Title: #031308- Greyhound II
Registration: VA 2-041-491 - Date: 10/29/2016

22

Keck00031



Title: #031304- Beagle
Registration: VA 2-041-488 - Date: 10/29/2016



Title: #021504- Schnauzer
Registration: VA 2-058-237 - Date: 10/29/2016



Title: #031303- Corgi
Registration: VA 2-041-484 - Date: 10/29/2016

Keck00032



Title: #011508- Jack Russell/Rat Terrier Mix
Registration: VA 2-058-238 - Date: 10/29/2016



Title: #021503- Anatolian Shepherd
Registration: VA 2-058-239 - Date: 10/29/2016



Title: #031302- Great Dane
Registration: VA 2-041-480 - Date: 10/29/2016



Title: #021501- Weimaraner
Registration: VA 2-058-242 - Date: 10/29/2016

24

Keck00033



Title: #031301- Dalmation
Registration: VA 2-041-476 - Date: 10/29/2016



Title: #011509- Bassett Hound
Registration: VA 2-058-244 - Date: 10/29/2016



Title: #021306- Poodle
Registration: VA 2-058-260 - Date: 10/29/2016

Keck00034



Title: #081401- Pit Bull I
Registration: VA 2-058-265 - Date: 10/29/2016



Title: #021305- German Shepherd III
Registration: VA 2-041-475 - Date: 10/29/2016



Title: #021303- Golden Retriever II
Registration: VA 2-041-471 - Date: 10/29/2016



Title: #021302- Yorkshire Terrier
Registration: VA 2-041-470 - Date: 10/29/2016

Keck00035



Title: #021301- Rottweiler
Registration: VA 2-041-148 - Date: 10/29/2016



Title: #110804- Make Em Beg
Registration: VA 2-045-187 - Date: 10/29/2016



Title: Your Dream Is To..2006
Registration: VA 2-045-189 - Date: 10/29/2016



Title: #050804- All Or Nothing
Registration: VA 2-040-640 - Date: 10/29/2016

Keck00036



Title: #050803- When The Dust Settles
Registration: VA 2-040-641 - Date: 10/29/2016



Title: #061215- Hearts And Flowers
Registration: VA 2-040-896 - Date: 10/29/2016



Title: #010823- Give Em Hell
Registration: VA 2-040-894 - Date: 10/28/2016

Keck00037



Title: #120801- Left To Chance
Registration: VA 2-040-871 - Date: 10/28/2016



Title: #080817- The Critic
Registration: VA 2-045-185 - Date: 10/28/2016



Title: #021004- Someday
Registration: VA 2-040-794 - Date: 10/28/2016



Title: Linger 2006
Registration: VA 2-045-191 - Date: 10/28/2016

29

Keck00038



Title: #040805- Reloaded
Registration: VA 2-040-793 - Date: 10/28/2016



Title: #010713- Wouldn't Wanna Be In Your Shoes
Registration: VA 2-041-143 - Date: 10/28/2016



Title: #060813- Enough Is Enough
Registration: VA 2-040-790 - Date: 10/28/2016



Title: #030823- Catch 22
Registration: VA 2-041-656 - Date: 10/28/2016

Keck00039



Title: #040901- Die Trying
Registration: VA 2-036-862 - Date: 10/28/2016



Title: #070801- Wish List XXXIV
Registration: VA 2-041-135 -  Date: 10/28/2016



Title: #121203- Dahlia
Registration: VA 2-040-789 -  Date: 10/28/2016



Title: #101001- Hell Or High Water
Registration: VA 2-040-788 - Date: 10/28/2016

Keck00040



Title: #111002- Just For Now
Registration: VA 2-040-787 - Date: 10/28/2016



Title: #091002- Counting The Days
Registration: VA 2-040-654 - Date: 10/28/2016



Title: TRA12-Bump In The Road
Registration: VA 2-041-128 - Date: 10/28/2016



Title: #080716- Wish List XXI
Registration: VA 2-040-651 - Date: 10/28/2016

Keck00041



Title: #060903- Tough Act To Follow
Registration: VA 2-040-648 - Date: 10/28/2016



Title: #021011- Hard Telling II
Registration: VA 2-040-644 - Date: 10/28/2016



Title: #110713- Playing For Keeps
Registration: VA 2-041-130 - Date: 10/28/2016



Title: #030822- Day Of Reckoning
Registration: VA 2-040-635 - Date: 10/28/2016

Keck00042



Title: #050746- Where There's A Will
Registration: VA 2-041-138 - Date: 10/28/2016



Title: #010707- More To Come
Registration: VA 2-040-633 - Date: 10/28/2016



Title: #120605- Come Out Swinging
Registration: VA 2-041-145 - Date: 10/28/2016



Title: #091001- High Time
Registration: VA 2-041-149 - Date: 10/28/2016

34

Keck00043



Title: #030633- Hand Of Fate
Registration: VA 2-047-626 - Date: 10/28/2016



Title: #080821- Ready Aim Fire
Registration: VA 2-049-349 - Date: 10/27/2016



Title: #050801- Worth A Shot
Registration: VA 2-040-598 - Date: 10/27/2016



Title: #111001- Little By Little
Registration: VA 2-040-627 - Date: 10/27/2016

Keck00044



Title: Guardian Angel Collage 2006
Registration: VA 2-049-729 Date: 6/2/2017



Title: #060812- Somethings Gotta Give
Registration: VA 2-040-923 - Date: 10/27/2016



Title: #030819- Paper Cut XII
Registration: VA 2-040-643 - Date: 10/27/2016



Title: #040806- Long Time Coming
Registration: VA 2-047-653 - Date: 10/27/2016

Keck00045



Title: #020705- Wake Up Call
Registration: VA 2-040-921 - Date: 10/27/2016



Title: #070712- By Your Side
Registration: VA 2-040-909 - Date: 10/27/2016



Title: #121204- World Map I
Registration: VA 2-040-646 - Date: 10/27/2016



Title: US Map II
Registration: VA 2-049-334 - Date: 10/27/2016

37



Title: #040804- Hard Pill To Swallow
Registration: VA 2-040-906 - Date: 10/27/2016



Title: US Map I
Registration: 1-4117333057...Date: 10/27/2016



Title: #030713- Famous Last Words
Registration: VA 2-040-904 - Date: 10/27/2016



Title: #090632- Are You Game?
Registration: VA 2-040-902 - Date: 10/27/2016

Keck00047



Title: #020805- Up For Anything
Registration: VA 2-048-749 - Date: 10/27/2016



Title: #080809- Just Scratching The Surface
Registration: VA 2-040-601 - Date: 10/27/2016



Title: #090708- Bring The Heat
Registration: VA 2-047-661 - Date: 10/27/2016

Keck00048



Title: #010719- Views Of The City IV
Registration: VA 2-040-898 - Date: 10/27/2016



Title: Gotcha 2006
Registration: VA 2-049-728 Date: 6/2/2017



Title: #111003- Heart On My Sleeve
Registration: VA 2-040-650 - Date: 10/27/2016



Title: #080628- You Might Just Get What You Wanted
Registration: VA 2-040-613 - Date: 10/27/2016

40

Keck00049



Title: #050806- Never Say Never
Registration: VA 2-047-671 - Date: 10/27/2016



Title: #090819- It's Your Decision
Registration: VA 2-047-618 - Date: 10/27/2016



Title: #021012- Hard Telling IV
Registration: VA 2-040-600 - Date: 10/27/2016



Title: #011104- Slowly But Surely
Registration: VA 2-040-621 - Date: 10/27/2016

Keck00050



Title: #090810- Just Surrender
Registration: VA 2-040-622 - Date: 10/27/2016



Title: #040603- Never Stop
Registration: VA 2-040-590 - Date: 10/26/2016



Title: #021304- American Bulldog
Registration: VA 2-037-070 - Date: 10/14/2016



Title: #100712- The Best Is Yet To Come
Registration: VA0001933895… Date: 11/10/2014

Keck00051



Title: #090803- I Don't Want To Hear It
Registration: VA0001933898... Date: 11/10/2014



Title: #040803- Sink Or Swim
Registration: VA0001933894... Date: 11/10/2014



Title: #110807- German Shepherd I
Registration: VA0001814036.. Date: 3/26/2012

43

Keck00052



Title: German Shepherd II
Registration: VA0001814036.. Date: 3/26/2012



Title: #110810- Labrador I
Registration: VA0001814036.. Date: 3/26/2012



Title: #020904- Labrador II
Registration: VA0001814036.. Date: 3/26/2012



Title: #120805- Short Hair Chihuahua
Registration: VA0001814036.. Date: 3/26/2012

Keck00053



Title: #120804- Long Hair Chihuahua
Registration: VA0001814036.. Date: 3/26/2012



Title: #020905- Doberman
Registration: VA0001814036.. Date: 3/26/2012



Title: #120806- Dachshund
Registration: VA0001814036.. Date: 3/26/2012

45

Keck00054



Title: #120807- Pug
Registration: VA0001814036.. Date: 3/26/2012



Title: #110809- Boxer
Registration: VA0001814036.. Date: 3/26/2012



Title: #020903- Airedale
Registration: VA0001814036.. Date: 3/26/2012

Keck00055



Title: #020902- Jack Russell Terrier
Registration: VA0001814036.. Date: 3/26/2012



Title: #010901- Boston Terrier
Registration: VA0001814036.. Date: 3/26/2012



Title: #020901- Scottish Terrier
Registration: VA0001814036.. Date: 3/26/2012

Keck00056



Title: 010902- West Highland Terrier
Registration: VA0001814036.. Date: 3/26/2012



Title: #110808- Greyhound I
Registration: VA0001814036.. Date: 3/26/2012



Title: #120808- Shih Tzu
Registration: VA0001814036.. Date: 3/26/2012



Title: #120803- Golden Retriever I
Registration: VA0001814036.. Date: 3/26/2012

Keck00057



Title: #010907- Bulldog
Registration: VA0001814036.. Date: 3/26/2012



Title: #110411- Border Collie
Registration: VA0001814036.. Date: 3/26/2012



Title: #010903- Maltese
Registration: VA0001814036.. Date: 3/26/2012

Keck00058



Title: #030629
Registration: VA 2-036-668 – Date: 2/21/2017



Title: #030626
Registration: VA 2-036-646 – Date: 2/21/2017



Title: #011302- Running Free
Registration: VA 2-036-649 – Date: 2/21/2017



Title: #041209- 1 Corinthians 13:5
Registration: VA  2-036-655 – Date: 2/21/2017

50



Title: #061631- Psalms 91:14
Registration: VA 2-036-695 – Date: 2/21/2017



Title: #061627- 1 Corinthians 13
Registration: VA 2-036-693 – Date: 2/21/2017



Title: #110612
Registration: VA 2-036-635  - Date: 2/21/2017

Keck00060



Title: #061625
Registration: VA 2-036-657  - Date: 2/21/2017



Title: #080525- Lord's Prayer
Registration: VA 2-036-661  - Date:  2/21/2017



Title: #050807- It's Not Over Yet
Registration: VA 2-036-663  - Date: 2/21/2017



Title: #071208- In The End We Stand Alone
Registration: VA 2-036-670  - Date: 2/21/2017

Keck00061



Title: #041214- I Wonder How You'd Be If Someone Tried To Call You On It
Registration: VA 2-036-637 – Date: 2/21/2017



Title: #011301- Full Throttle
Registration: VA 2-036-672 – Date: 2/21/2017



Title: #011107- Now You're Pushing It
Registration: VA 2-036-665 – Date: 2/21/2017



Title: #100605- Something To Remind You
Registration: VA 2-037-360 – Date: 2/21/2017

Keck00062



Title: #060637
Registration: VA 2-036-745 – Date: 2/21/2017



Title: #081003- Live And Learn
Registration: VA 2-036-742 – Date: 2/21/2017



Title: #120614
Registration: VA 2-036-743 – Date: 2/21/2017



Title: #041212- Serenity Prayer
Registration:  VA 2-036-744 – Date: 2/21/2017

Keck00063



Title: #120209- Let The Games Begin
Registration: VA 2-037-362 – Date: 2/21/2017



Title: #101003- That's All You Got
Registration: VA 2-036-748 – Date: 2/21/2017



Title: #090804
Registration: VA 2-036-694 – Date: 2/21/2017



Title: #100616- Don't Let Me Fall
Registration:  VA 2-036-638 – Date: 2/21/2017

Keck00064



Title: #090611
Registration: VA 2-036-640 – Date: 2/21/2017



Title: #091004- Give Me A Reason
Registration: VA  2-036-675 – Date: 2/21/2017



Title: #060904- Remedy
Registration: VA 2-036-681 – Date: 2/21/2017



Title: #040807- Sadly Mistaken
Registration: VA 2-036-699 – Date: 2/21/2017

Keck00065



Title: #081215- It May Go Right But It May Go Wrong
Registration: VA 2-037-987 – Date: 4/17/2017



Title: #101207- Accident or Grand Design
Registration: VA 2-036-750 – Date: 2/21/2017



Title: #040902- Breathe Before The Kiss
Registration: VA 2-037-364 – Date: 2/21/2017



Title: # 081202 - Drawn Together
Registration:  VA 2-061-446 – Date: 7/30/2017

Keck00066



Title: #111204 - Shared Connection
Registration: VA 2-061-441 - Date: 7/30/2017



Title: # 021009 - Hard Telling I
Registration:  VA 2-061-438 - Date: 7/30/2017



Title: # 031305 - No One Else But Us
Registration: VA 2-061-436 - Date: 7/30/2017



Title: # 061225 - Thick Skull
Registration: VA 2-061-432 - Date: 7/30/2017

Keck00067



Title: # 060901 - Should've Listened
Registration: VA 2-061-430 - Date: 7/30/2017



Title: # 071209 - Give Me Everything You've Got
Registration: VA 2-061-428 - Date: 7/30/2017



Title: #121201-Fuck Pride
Registration: VA 2-061-444 – Date: 7/30/2017



Title: Never Looking Back
Registration: VA 2-061-426 – Date: 7/30/2017

Keck00068



Title: #050802- Breaking Point
Registration: VA 2-060-557 – Date: 7/31/2017



Title: #080812
Registration: VA 2-063-848 - Date: 8/2/2017



Title: #081201-If Tomorrow Never Comes
Registration: VA 2-054-396 – Date: 6/21/2017



Title: #011506 – If We're Going Lets Go
Registration: VA 2-054-393 – Date: 6/21/2017

Keck00069