# EXHIBIT B

## Part 2



Title: #011502 – I Think I Know What I Need To Do
Registration: VA 2-054-395 – 6/21/2017



Title: #021002 – Misery Loves Company II
Registration: VA 2-054-394 – 6/21/2017



Title: #100701
Registration: VA 2-071-749 – Date: 5/17/2017



Title: #100610
Registration: VA 2-071-750 – Date: 5/17/2017

Keck00070



Title: #030707
Registration: VA 2-071-751 – Date: 5/17/2017



Title: #030708
Registration: VA 2-071-754 – Date: 5/17/2017



Title: #030818 – Paper Cut XI
Registration: VA 2-061-435 – Date: 7/30/2017



Title: #021001 Misery Loves Company I
Registration: VA 2-074-455 – Date: 9/21/2017



Title: #061701 I Came To Win
Registration: VA 2-075-196 – Date: 11/15/2017

Keck00071



Title: #051703 If You Say So
Registration: VA 2-075-195 – Date: 11/15/2017



Title: #061702 You'll Have That
Registration: VA 2-075-194 – Date: 11/15/2017



Title: #061703 Saving For A Rainy Day
Registration: VA 2-075-193 – Date: 11/15/2017



Title: #041505 – Pit Bull II
Registration: VA 2-104-136 – Date: 5/23/2018

63

Keck00072



Title: #051701 – Golden Retriever III
Registration: VA 2-104-139 – Date: 5/23/2018



Title: #031702 – Greater Swiss Mountain
Registration: VA 2-104-129 – Date: 5/23/2018



Title: #031806 – Labrador III
Registration: VA 2-104-138 – Date: 5/23/2018



Title: #031805 – Poodle II
Registration: VA 2-104-137 – Date: 5/23/2018

Keck00073



Title: #011701 – Snorkie
Registration: VA 2-104-131 – Date: 5/23/2018



Title: #041701 – Chihuahua IV
Registration: VA 2-104-130 – Date: 5/23/2018



Title: #021701 – Chihuahua III
Registration: VA 2-104-132 – Date: 5/23/2018



Title: #031701 – Pit Bull III
Registration: VA 2-104-133 – Date: 5/23/2018

65

Keck00074



Title: #051601 – Miniature Pinscher
Registration: VA 2-104-133 – Date: 5/23/2018



Title: #111502 - Yorkshire Terrier III
Registration: VA 2-104-135 – Date: 5/23/2018



Title: #100703 – Without A Paddle
Registration: VA 2-104-140 – Date: 5/29/2018



Title: #101203 – Bury
Registration: VA 2-091-401 – Date: 8/03/2017

Keck00075



Title: #060907 – Pretty Little Things
Registration: VA 2-091-404 – Date: 8/03/2017



Title: Nevermore
Registration: VA 2-091-422 – Date: 8/03/2017



Title: #111514 – Cross
Registration: VA 2-086-361 – Date: 9/12/2017



Title: #061603 – Cross
Registration: VA 2-086-364 – Date: 9/12/2017

67



Title: #060712
Registration: VA 2-086-365 – Date: 9/12/2017



Title: #030715
Registration: VA 2-086-366 – Date: 9/12/2017



Title: #051214 - A Broken Bottle Of Wine And A Dirty Windshield
Registration: VA 2-086-370 – Date: 9/12/2017



Title: #100705 – Limbo Series XXX
Registration: VA 2-088-954 – Date: 9/21/2017

Keck00077



Title: #081209 – On Top Of Your Game
Registration: VA 2-086-357 – Date: 9/21/2017



Title: #040616 – Gridlock Series
Registration: VA 2-088-952 – Date: 9/22/2017



Title: #060614
Registration: VA 2-088-951 – Date: 9/22/2017



Title: #010714
Registration: VA 2-088-950 – Date: 9/23/2017



Title: #50514
Registration: VA 2-088-949 – Date: 9/24/2017

Keck00078



Title: #040632
Registration: VA 2-084-237 – Date: 9/26/2017



Title: #030701
Registration: VA 2-086-122 – Date: 9/26/2017



Title: #040610
Registration: VA 2-086-120 – Date: 9/28/2017



Title: Untitled com 124
Registration: VA 2-084-236 – Date: 9/28/2017



Title: #100601 – Take Me All The Way
Registration: VA 2-091-639 – Date: 11/01/2017

Keck00079



Title: #061231 – Why Are You Crying
Registration: VA 2-091-640 – Date: 11/01/2017



Title: #071204
Registration: VA 2-095-146 – Date: 11/01/2017



Title: #030815 – Paper Cut VII
Registration: VA 2-095-144 – Date: 11/01/2017



Title: #070806 - Wish List XXXII
Registration: VA 2-095-130 – Date: 11/01/2017

Keck00080



Title: #080708 – Wish List XVII
Registration: VA 2-095-131 – Date: 11/01/2017



Title: #051212 – I'm Not Impressed
Registration: VA 2-095-132 – Date: 11/01/2017



Title: #061227 – Two Angry Stubborn Fools
Registration: VA 2-095-133 – Date: 11/01/2017



Title: #061219 – Empty Seat
Registration: VA 2-095-135 – Date: 11/01/2017

Keck00081



Title: #030813 – Paper Cut VI
Registration: VA 2-095-137 – Date: 11/01/2017



Title: #080717 – Wish List XXII
Registration: VA 2-095-180 – Date: 11/01/2017



Title: #010804 – Wish List XXIX
Registration: VA 2-095-182 – Date: 11/01/2017



Title: #070703 – Wish List XIII
Registration: VA 2-095-179 – Date: 11/01/2017

Keck00082



Title: #110616 – A Reminder
Registration: VA 2-095-173 – Date: 11/01/2017



Title: #061224 – You Wanted To Know
Registration: VA 2-095-178 – Date: 11/01/2017



Title: #010803 – Wish List XXVIII
Registration: VA 2-095-174 – Date: 11/01/2017



Title: #061226 – Step Aside
Registration: VA 2-095-141 – Date: 11/01/2017



Title: #040631 – Prove Yourself
Registration: VA 2-095-177 – Date: 11/01/2017

Keck00083



Title: #071210 – Rise Above This
Registration: VA 2-095-147 – Date: 11/01/2017



Title: #050717 – Total Disregard
Registration: VA 2-095-148 – Date: 11/01/2017



Title: #090802 – Give It Your Best Shot
Registration: VA 2-095-149 – Date: 11/01/2017



Title: #070804 – Wish List XXXI
Registration: VA 2-095-142 – Date: 11/01/2017

Keck00084



Title: #091005
Registration: VA 2-095-176 – Date: 11/01/2017



Title: #080711 – Wish List XIX
Registration: VA 2-095-175 – Date: 11/01/2017



Title: #060628 – Psalm 18
Registration: VA 2-084-454 – Date: 11/07/2017



Title: # 061229 - Stop Trying To Make Me Laugh I'm Still Mad At You
Registration: VA 2-084-472 – Date: 11/07/2017



Title: #030618 – Deal With It
Registration: VA 2-084-453 – Date: 11/07/2017

Keck00085



Title: #010814
Registration: VA 2-084-467 – Date: 11/07/2017



Title: #010710 – Views Of The City Series
Registration: VA 2-084-281 – Date: 11/07/2017



Title: #010805 – Wish List XXX
Registration: VA 2-083-569 – Date: 11/07/2017



Title: #101712 – Curiouser And Curiouser
Registration: VA 2-086-373 – Date: 11/08/2017

Keck00086



Title: #101714 – Where Do You Want To End Up
Registration: VA 2-086-375 – Date: 11/08/2017



Title: #111701 – You Used To Be Much More Muchier
Registration: VA 2-086-376 – Date: 11/08/2017



Title: #111702 – Curiosity Often Leads To Trouble
Registration: VA 2-086-377 – Date: 11/08/2017



Title: # 111703 - If You Don't Know Where You Are Going Any Road Will Get You There
Registration: VA 2-086-378 – Date: 11/08/2017

Keck00087



Title: #111704 – Every Adventure Requires A First Step
Registration: VA 2-086-369 – Date: 11/08/2017



Title: # 111705 It Would Be So Nice If Something Made Sense For A Change
Registration: VA 2-086-379 – Date: 11/08/2017



Title: #101701 – Off With Their Heads
Registration: VA 2-087-572 – Date: 11/08/2017



Title: #061626 – Psalm 23: 1-4
Registration: VA 2-085-121 – Date: 12/20/2017

Keck00088



Title: #061628 – Joshua 24: 15
Registration: VA 2-085-117 – Date: 12/20/2017



Title: #061619
Registration: VA 2-085-116 – Date: 12/20/2017



Title: #061505
Registration: VA 2-085-119 – Date: 12/20/2017



Title: #091305 – No Coincidence
Registration: VA 2-085-123 – Date: 12/20/2017

Keck00089



Title: #051229 – A Leopard Never Changes It's Spots
Registration: VA 2-085-127 – Date: 12/20/2017



Title: #051222 – When All I Want Is Just The Truth
Registration: VA 2-085-129 – Date: 12/20/2017



Title: #011504 – That Old Familiar Feeling
Registration: VA 2-085-133 – Date: 12/20/2017



Title: #041608 – Limbo Series
Registration: VA 2-085-107 – Date: 12/20/2017



Title: #061503 – Hebrews 11: 1
Registration: VA 2-085-125 – Date: 12/20/2017

81

Keck00090



Title: #051603 – Psalm 26: 1
Registration: VA 2-085-128 – Date: 12/20/2017



Title: #021604 – Proverbs 29: 25
Registration: VA 2-085-135 – Date: 12/20/2017



Title: #061621 – Deuteronomy 31: 8
Registration: VA 2-085-131 – Date: 12/20/2017



Title: #021603 – Hebrews 11: 1
Registration: VA 2-085-136 – Date: 12/20/2017



Title: #010720 – Views Of The City IV
Registration: VA 2-085-106 – Date: 12/21/2017

Keck00091



Title: #010725 - Views Of The City V
Registration: VA 2-085-134 – Date: 12/21/2017



Title: #010726 - Views Of The City VI
Registration: VA 2-085-103 – Date: 12/21/2017



Title: #041604 Limbo Series
Registration: VA 2-107-089 – 12/20/2017



Title: #081219 Bittersweet
Registration: VA 2-109-156 – 12/20/2017



Title: #010830 Take It All In Stride
Registration: VA 2-109-153 – 12/20/2017

Keck00092



Title: #081307 Timing Is Everything
Registration: VA 2-109-099 – 12/20/2017



Title: #120701 Against The Grain
Registration: VA 2-109-158 - 12/20/2017



Title: #060815-The Party's Over
Registration: 1-6629011295 - 5/29/2018



Title: Agonizing Secret
Registration: 1-6626711187 - 5/29/2018

Keck00093



Title: #031306- Balancing Act
Registration: 1-6626711011 - 5/29/2018

Keck00094

ARTMIX STUDIO
ARTMIX STUDIO
2522 TIMES BOULEVARD
HOUSTON TX 77005

**7 LBS**

DWT: 5,5,1

**1 OF 1**

**SHIP TO:**
JUSTIN SINGEL
16056459162
JUSTIN SINGEL
9985 ARROWHEAD LANE
**DE MOTTE IN 46310**

 

**IN 463 9-06**

# UPS GROUND

TRACKING #: 1Z E59 E33 03 1743 9291



BILLING: 3RD PARTY

Reference No.1: Order #1266

XOL 20.10.23     NV45 39.0A 11/2020*



Keck00095



Keck00096





home    artmix lessons memberships    artmix kits for kids to teens    artmix kits for kids parties

artmix kits for adults & adult paint parties & gatherings



 

# michel keck inspired dog masterpiece kit

**$40.00**

Style

michel keck cat, in-studio ▾

**ADD TO CART**

this artmix to-go kit includes everything artists need to make a mixed media masterpiece of their favorite pet inspire by michel keck!

this is a very fun project to make at a birthday party for tweens & teens!

join us in our studio to paint & create with us, or in our zoom studio for teacher-led instruction.  please make your reservation to come into the studio or to join us in our zoom studio: register today!

our zoom studio meeting id will be provided upon purchase.  we look forward to creating with you soon!

**f SHARE**    **𝕏 TWEET**    **PIN IT**

## YOU MAY ALSO LIKE



**landscape of ireland masterpiece kit: artists ages 7-10 to tweens & teens**
$45.00



**george rodrigue inspired winter blue dog masterpiece kit: tweens to adults**
$45.00



**pete cromer inspired penguin masterpiece kit**
$45.00



**simon bull inspired music masterpiece kit: artists of 7-10, tweens to teens**
$45.00

← BACK TO WELCOME TO THE ARTMIX SHOP!

**address**

2522 times boulevard
houston, texas 77005

**contact**

contact@artmixlearning.com
713.552.9028

**Newsletter**

Email address    **SUBSCRIBE**

Keck00098

Keck00099

**Generated on:** This page was generated by TSDR on 2022-08-24 14:25:47 EDT

**Mark:** MICHEL KECK

# Michel Keck

| | | | |
|---|---|---|---|
| **US Serial Number:** | 87287729 | **Application Filing Date:** | Jan. 03, 2017 |
| **US Registration Number:** | 5280022 | **Registration Date:** | Sep. 05, 2017 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Sep. 05, 2017

**Publication Date:** Jun. 20, 2017

## Mark Information

**Mark Literal Elements:** MICHEL KECK

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

**Name Portrait Consent:** The name "Michel Keck" identifies a living individual whose consent is of record.

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Art pictures; Art pictures on canvas; Art prints; Art prints on canvas; Original art pictures on canvas; Paintings

| | | | |
|---|---|---|---|
| **International Class(es):** | 016 - Primary Class | **U.S Class(es):** | 002, 005, 022, 023, 029, 037, 038, 050 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Jan. 05, 1999 | **Use in Commerce:** | Apr. 05, 2003 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |

Keck00129

| | | | |
|---|---|---|---|
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | KECK, MICHEL |
| **DBA, AKA, Formerly:** | DBA Keck Fine Art |
| **Owner Address:** | 13855 Bond Road<br>Coal City, INDIANA UNITED STATES 47427 |
| **Legal Entity Type:** | INDIVIDUAL |   **Citizenship:** UNITED STATES |

## Attorney/Correspondence Information

**Attorney of Record - None**

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | KECK, MICHEL<br>13855 BOND ROAD<br>COAL CITY, INDIANA UNITED STATES 47427 |
| **Phone:** | 812-859-4191 |
| **Correspondent e-mail:** | michel@michelkeck.com sales@keckfineart.com<br>michelkeck526@gmail.com<br>legal@keckfineart.com |   **Correspondent e-mail Authorized:** Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 05, 2017 | REGISTERED-PRINCIPAL REGISTER | |
| Jun. 20, 2017 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jun. 20, 2017 | PUBLISHED FOR OPPOSITION | |
| May 31, 2017 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| May 18, 2017 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 66121 |
| May 08, 2017 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| May 05, 2017 | TEAS/EMAIL CORRESPONDENCE ENTERED | 66121 |
| May 05, 2017 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 66121 |
| Apr. 21, 2017 | ASSIGNED TO LIE | 66121 |
| Apr. 06, 2017 | TEAS REQUEST FOR RECONSIDERATION RECEIVED | |
| Apr. 06, 2017 | NOTIFICATION OF FINAL REFUSAL EMAILED | |
| Apr. 06, 2017 | FINAL REFUSAL E-MAILED | |
| Apr. 06, 2017 | FINAL REFUSAL WRITTEN | 93677 |
| Apr. 03, 2017 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Apr. 03, 2017 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Apr. 03, 2017 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Apr. 03, 2017 | NOTIFICATION OF PRIORITY ACTION E-MAILED | 6326 |
| Apr. 03, 2017 | PRIORITY ACTION E-MAILED | 6326 |
| Apr. 03, 2017 | PRIORITY ACTION WRITTEN | 93677 |
| Mar. 28, 2017 | ASSIGNED TO EXAMINER | 93677 |
| Jan. 12, 2017 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jan. 06, 2017 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | PUBLICATION AND ISSUE SECTION | **Date in Location:** | Sep. 05, 2017 |

# United States of America

## United States Patent and Trademark Office

# Michel Keck

**Reg. No. 5,280,022**

**Registered Sep. 05, 2017**

**Int. Cl.: 16**

**Trademark**

**Principal Register**

KECK, MICHEL (UNITED STATES INDIVIDUAL), DBA Keck Fine Art ,
13855 Bond Road
Coal City, IN 47427

CLASS 16: Art pictures; Art pictures on canvas; Art prints; Art prints on canvas; Original art
pictures on canvas; Paintings

FIRST USE 1-5-1999; IN COMMERCE 4-5-2003

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

The name "Michel Keck" identifies a living individual whose consent is of record.

SER. NO. 87-287,729, FILED 01-03-2017
JOHN C SULLIVAN, EXAMINING ATTORNEY



Joseph Matol

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Keck00132

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Tuesday, June 20, 2017 00:49 AM |
| **To:** | michel@michelkeck.com |
| **Cc:** | sales@keckfineart.com ; michelkeck526@gmail.com ; legal@keckfineart.com |
| **Subject:** | Official USPTO Notice of Publication Confirmation: U.S. Trademark SN 87287729: MICHEL KECK |

## *TRADEMARK OFFICIAL GAZETTE* PUBLICATION CONFIRMATION

**U.S. Serial Number:** 87287729
**Mark:** MICHEL KECK
**International Class(es):** 016
**Owner:** KECK, MICHEL
**Docket/Reference Number:**

The mark identified above has been published in the Trademark Official Gazette (TMOG) on Jun 20, 2017.

**To Review the Mark in the TMOG:**

    Click on the following link or paste the URL into an internet browser: https://tmog.uspto.gov/#issueDate=2017-06-20&serialNumber=87287729

On the publication date or shortly thereafter, the applicant should carefully review the information that appears in the TMOG for accuracy.  For corrections or amendments after publication, please use the Post-Approval/Publication/Post-Notice of Allowance (NOA) Amendment Form, accessible at https://teas.uspto.gov/office/ppa.  For general information about this notice, please contact the Trademark Assistance Center at 1-800-786-9199.

**Significance of Publication for Opposition:**

*    Any party who believes it will be damaged by the registration of the mark may file a notice of opposition (or extension of time therefor) with the Trademark Trial and Appeal Board.  If no party files an opposition or extension request within thirty (30) days after the publication date, then eleven (11) weeks after the publication date a certificate of registration should issue.

To check the status of the application, go to https://tsdr.uspto.gov/#caseNumber=87287729&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.  Please check the status of the application at least every three (3) months after the application filing date.

To view this notice and other documents for this application on-line, go to https://tsdr.uspto.gov/#caseNumber=87287729&caseType=SERIAL_NO&searchType=documentSearch.  NOTE: This notice will only become available on-line the next business day after receipt of this e-mail.

Keck00133

 UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA  22313-1451
www.uspto.gov

May 31, 2017

## NOTICE OF PUBLICATION

1.  Serial No.:
    87-287,729

2.  Mark:
    MICHEL KECK
    (STANDARD CHARACTER MARK)

3.  International Class(es):
    16

4.  Publication Date:
    Jun 20, 2017

5.  Applicant:
    KECK, MICHEL

The mark of the application identified appears to be entitled to registration. The mark will, in accordance with Section 12(a) of the Trademark Act of 1946, as amended, be published in the *Official Gazette* on the date indicated above for the purpose of opposition by any person who believes he will be damaged by the registration of the mark. If no opposition is filed within the time specified by Section 13(a) of the Statute or by rules 2.101 or 2.102 of the Trademark Rules, the Commissioner of Patents and Trademarks may issue a certificate of registration.

Copies of the trademark portion of the *Official Gazette* containing the publication of the mark may be obtained from:

The Superintendent of Documents
U.S. Government Printing Office
PO Box 371954
Pittsburgh, PA 15250-7954
Phone: 202-512-1800

By direction of the Commissioner.

**Email Address(es):**

michel@michelkeck.com
sales@keckfineart.com
michelkeck526@gmail.com
legal@keckfineart.com

Keck00134

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Wednesday, May 31, 2017 04:09 AM |
| **To:** | michel@michelkeck.com |
| **Cc:** | sales@keckfineart.com ;  michelkeck526@gmail.com ;  legal@keckfineart.com |
| **Subject:** | Official USPTO Notification of Notice of Publication: U.S. Trademark SN 87287729: MICHEL KECK |

<u>NOTIFICATION OF "NOTICE OF PUBLICATION"</u>

Your trademark application (Serial No. 87287729) is scheduled to publish in the *Official Gazette* on Jun 20, 2017.  To preview the Notice of Publication, go to <u>http://tdr.uspto.gov/search.action?sn=87287729</u>.  If you have difficulty accessing the Notice of Publication, contact <u>TDR@uspto.gov</u>.

**PLEASE NOTE:**
1.   The Notice of Publication may not be immediately available but will be viewable within 24 hours of this e-mail notification.
2.   You will receive a second e-mail on the actual "Publication Date," which will include a link to the issue of the *Official Gazette* in which the mark has published.

Do NOT hit "Reply" to this e-mail notification.  If you have any questions about the content of the Notice of Publication, contact <u>TMPostPubQuery@uspto.gov</u>.

## Trademark Snap Shot Publication & Issue Review Stylesheet
(Table presents the data on Publication & Issue Review Complete)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 87287729 | FILING DATE | 01/03/2017 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | SULLIVAN, JOHN C | L.O. ASSIGNED | 114 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 05/19/2017 |
| PUB DATE | 06/20/2017 |
| STATUS | 681-PUBLICATION/ISSUE REVIEW COMPLETE |
| STATUS DATE | 05/18/2017 |
| LITERAL MARK ELEMENT | MICHEL KECK |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | YES | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | NO | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | MICHEL KECK |
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
| COLOR DRAWING FLAG | NO |

### CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 10-ORIGINAL APPLICANT |

Keck00136

| NAME | KECK, MICHEL |
|---|---|
| ADDRESS | 13855 Bond Road<br>Coal City, IN 47427 |
| ENTITY | 01-INDIVIDUAL |
| CITIZENSHIP | United States of America |
| DBA/AKA | DBA Keck Fine Art |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 016 |
|---|---|
| DESCRIPTION TEXT | Art pictures; Art pictures on canvas; Art prints; Art prints on canvas; Original art pictures on canvas; Paintings |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 016 | FIRST USE DATE | 01/05/1999 | FIRST USE IN COMMERCE DATE | 04/05/2003 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| NAME/PORTRAIT DESC/CONSENT | The name "Michel Keck" identifies a living individual whose consent is of record. |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 05/18/2017 | PREV | O | LAW OFFICE PUBLICATION REVIEW COMPLETED | 018 |
| 05/08/2017 | CNSA | O | APPROVED FOR PUB - PRINCIPAL REGISTER | 017 |
| 05/05/2017 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 016 |
| 05/05/2017 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 015 |
| 04/21/2017 | ALIE | A | ASSIGNED TO LIE | 014 |
| 04/06/2017 | ERFR | I | TEAS REQUEST FOR RECONSIDERATION RECEIVED | 013 |
| 04/06/2017 | GNFN | O | NOTIFICATION OF FINAL REFUSAL EMAILED | 012 |
| 04/06/2017 | GNFR | O | FINAL REFUSAL E-MAILED | 011 |
| 04/06/2017 | CNFR | R | FINAL REFUSAL WRITTEN | 010 |
| 04/03/2017 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 009 |
| 04/03/2017 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 008 |
| 04/03/2017 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 007 |
| 04/03/2017 | GPRN | O | NOTIFICATION OF PRIORITY ACTION E-MAILED | 006 |
| 04/03/2017 | GPRA | F | PRIORITY ACTION E-MAILED | 005 |
| 04/03/2017 | CPRA | R | PRIORITY ACTION WRITTEN | 004 |
| 03/28/2017 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 01/12/2017 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 01/06/2017 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

Keck00137

| ATTORNEY | NONE |
|---|---|
| CORRESPONDENCE ADDRESS | KECK, MICHEL<br>13855 BOND ROAD<br>COAL CITY, IN 47427 |
| DOMESTIC REPRESENTATIVE | NONE |

Keck00138

# Michel Keck

Keck00139

## Trademark Snap Shot Publication Stylesheet
(Table presents the data on Publication Approval)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 87287729 | FILING DATE | 01/03/2017 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | SULLIVAN, JOHN C | L.O. ASSIGNED | 114 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 05/09/2017 |
| PUB DATE | N/A |
| STATUS | 680-APPROVED FOR PUBLICATION |
| STATUS DATE | 05/08/2017 |
| LITERAL MARK ELEMENT | MICHEL KECK |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | YES | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | NO | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | MICHEL KECK |
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
| COLOR DRAWING FLAG | NO |

### CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 10-ORIGINAL APPLICANT |

Keck00140

| NAME | KECK, MICHEL |
|---|---|
| ADDRESS | 13855 Bond Road<br>Coal City, IN 47427 |
| ENTITY | 01-INDIVIDUAL |
| CITIZENSHIP | United States of America |
| DBA/AKA | DBA Keck Fine Art |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 016 |
|---|---|
| DESCRIPTION TEXT | Art pictures; Art pictures on canvas; Art prints; Art prints on canvas; Original art pictures on canvas; Paintings |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 016 | FIRST USE DATE | 01/05/1999 | FIRST USE IN COMMERCE DATE | 04/05/2003 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| NAME/PORTRAIT DESC/CONSENT | The name "Michel Keck" identifies a living individual whose consent is of record. |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 05/08/2017 | CNSA | O | APPROVED FOR PUB - PRINCIPAL REGISTER | 017 |
| 05/05/2017 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 016 |
| 05/05/2017 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 015 |
| 04/21/2017 | ALIE | A | ASSIGNED TO LIE | 014 |
| 04/06/2017 | ERFR | I | TEAS REQUEST FOR RECONSIDERATION RECEIVED | 013 |
| 04/06/2017 | GNFN | O | NOTIFICATION OF FINAL REFUSAL EMAILED | 012 |
| 04/06/2017 | GNFR | O | FINAL REFUSAL E-MAILED | 011 |
| 04/06/2017 | CNFR | R | FINAL REFUSAL WRITTEN | 010 |
| 04/03/2017 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 009 |
| 04/03/2017 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 008 |
| 04/03/2017 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 007 |
| 04/03/2017 | GPRN | O | NOTIFICATION OF PRIORITY ACTION E-MAILED | 006 |
| 04/03/2017 | GPRA | F | PRIORITY ACTION E-MAILED | 005 |
| 04/03/2017 | CPRA | R | PRIORITY ACTION WRITTEN | 004 |
| 03/28/2017 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 01/12/2017 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 01/06/2017 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | NONE |
|---|---|

Keck00141

| CORRESPONDENCE ADDRESS | KECK, MICHEL<br>13855 BOND ROAD<br>COAL CITY, IN 47427 |
|---|---|
| DOMESTIC REPRESENTATIVE | NONE |

Keck00142

# Michel Keck

Keck00143

## Trademark Snap Shot Amendment & Mail Processing Stylesheet
(Table presents the data on Amendment & Mail Processing Complete)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 87287729 | FILING DATE | 01/03/2017 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | SULLIVAN, JOHN C | L.O. ASSIGNED | 114 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 05/06/2017 |
| PUB DATE | N/A |
| STATUS | 663-RESPONSE AFER FINAL REJECTION - ENTERED |
| STATUS DATE | 05/05/2017 |
| LITERAL MARK ELEMENT | MICHEL KECK |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | YES | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | NO | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | MICHEL KECK |
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
| COLOR DRAWING FLAG | NO |

### CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 10-ORIGINAL APPLICANT |

Keck00144

| NAME | KECK, MICHEL |
| --- | --- |
| ADDRESS | 13855 Bond Road<br>Coal City, IN 47427 |
| ENTITY | 01-INDIVIDUAL |
| CITIZENSHIP | United States of America |
| DBA/AKA | DBA Keck Fine Art |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 016 |
| --- | --- |
| DESCRIPTION TEXT | Art pictures; Art pictures on canvas; Art prints; Art prints on canvas; Original art pictures on canvas; Paintings |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 016 | FIRST USE DATE | 01/05/1999 | FIRST USE IN COMMERCE DATE | 04/05/2003 | CLASS STATUS | 6-ACTIVE |
| --- | --- | --- | --- | --- | --- | --- | --- |

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
| --- | --- |
| NAME/PORTRAIT DESC/CONSENT | The name "Michel Keck" identifies a living individual whose consent is of record. |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
| --- | --- | --- | --- | --- |
| 05/05/2017 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 016 |
| 05/05/2017 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 015 |
| 04/21/2017 | ALIE | A | ASSIGNED TO LIE | 014 |
| 04/06/2017 | ERFR | I | TEAS REQUEST FOR RECONSIDERATION RECEIVED | 013 |
| 04/06/2017 | GNFN | O | NOTIFICATION OF FINAL REFUSAL EMAILED | 012 |
| 04/06/2017 | GNFR | O | FINAL REFUSAL E-MAILED | 011 |
| 04/06/2017 | CNFR | R | FINAL REFUSAL WRITTEN | 010 |
| 04/03/2017 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 009 |
| 04/03/2017 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 008 |
| 04/03/2017 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 007 |
| 04/03/2017 | GPRN | O | NOTIFICATION OF PRIORITY ACTION E-MAILED | 006 |
| 04/03/2017 | GPRA | F | PRIORITY ACTION E-MAILED | 005 |
| 04/03/2017 | CPRA | R | PRIORITY ACTION WRITTEN | 004 |
| 03/28/2017 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 01/12/2017 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 01/06/2017 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | NONE |
| --- | --- |
| CORRESPONDENCE ADDRESS | KECK, MICHEL |

Keck00145

| | 13855 BOND ROAD<br>COAL CITY, IN 47427 |
|---|---|
| DOMESTIC REPRESENTATIVE | NONE |

Keck00146

# Michel Keck

Keck00147

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1960 (Rev 10/2011)
OMB No. 0651-0050 (Exp 07/31/2017)

# Request for Reconsideration after Final Action

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 87287729 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 114 |
| **MARK SECTION** | |
| MARK | https://tmng-al.uspto.gov/resting2/api/img/87287729/large |
| LITERAL ELEMENT | MICHEL KECK |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **GOODS AND/OR SERVICES SECTION (current)** | |
| INTERNATIONAL CLASS | 016 |
| DESCRIPTION | |
| Art pictures; Art pictures on canvas; Art prints; Art prints on canvas; Original art pictures on canvas; Paintings | |
| FILING BASIS | Section 1(a) |
|   FIRST USE ANYWHERE DATE | At least as early as 01/05/1999 |
|   FIRST USE IN COMMERCE DATE | At least as early as 04/05/2003 |
| **GOODS AND/OR SERVICES SECTION (proposed)** | |
| INTERNATIONAL CLASS | 016 |
| DESCRIPTION | |
| Art pictures; Art pictures on canvas; Art prints; Art prints on canvas; Original art pictures on canvas; Paintings | |
| FILING BASIS | Section 1(a) |
|   FIRST USE ANYWHERE DATE | At least as early as 01/05/1999 |
|   FIRST USE IN COMMERCE DATE | At least as early as 04/05/2003 |
| STATEMENT TYPE | **"The substitute (or new, or originally submitted, if appropriate) specimen(s) was/were in use in commerce at least as early as the filing date of the application"** *[for an application based on Section 1(a), Use in Commerce] OR* **"The substitute (or new, or originally submitted, if appropriate) specimen(s) was/were in use in commerce prior either to the filing of the Amendment to Allege Use or expiration of the filing deadline for filing a Statement of Use"** *[for an application based on Section 1(b) Intent-to-Use]. OR* **"The attached specimen is a true copy of the specimen that was originally submitted with the application, amendment to allege use, or statement of use"** [for an illegible specimen]. |
| **SIGNATURE SECTION** | |
| DECLARATION SIGNATURE | /Michel Keck/ |
| SIGNATORY'S NAME | Michel Keck |

| | |
|---|---|
| **SIGNATORY'S POSITION** | Owner |
| **SIGNATORY'S PHONE NUMBER** | 812-859-4191 |
| **DATE SIGNED** | 04/06/2017 |
| **RESPONSE SIGNATURE** | /Michel Keck/ |
| **SIGNATORY'S NAME** | Michel Keck |
| **SIGNATORY'S POSITION** | Owner |
| **SIGNATORY'S PHONE NUMBER** | 812-859-4191 |
| **DATE SIGNED** | 04/06/2017 |
| **AUTHORIZED SIGNATORY** | YES |
| **CONCURRENT APPEAL NOTICE FILED** | YES |
| **FILING INFORMATION SECTION** | |
| **SUBMIT DATE** | Thu Apr 06 10:21:55 EDT 2017 |
| **TEAS STAMP** | USPTO/RFR-XX.XXX.XXX.XXX-20170406102155831906-8728 7729-5809cc6566e627c2f35f c5b28f9237f5edd9a92cf7b81 69e42173743be2312c50-N/A-N/A-20170406100744535433 |

---

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1960 (Rev 10/2011)
OMB No. 0651-0050 (Exp 07/31/2017)

## Request for Reconsideration after Final Action
## To the Commissioner for Trademarks:

Application serial no. **87287729** MICHEL KECK(Standard Characters, see https://tmng-al.uspto.gov/resting2/api/img/87287729/large) has been amended as follows:

**CLASSIFICATION AND LISTING OF GOODS/SERVICES**
**Applicant proposes to amend the following class of goods/services in the application:**
**Current:** Class 016 for Art pictures; Art pictures on canvas; Art prints; Art prints on canvas; Original art pictures on canvas; Paintings
Original Filing Basis:
**Filing Basis: Section 1(a), Use in Commerce:** The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended. The mark was first used at least as early as 01/05/1999 and first used in commerce at least as early as 04/05/2003 , and is now in use in such commerce.

**Proposed:** Class 016 for Art pictures; Art pictures on canvas; Art prints; Art prints on canvas; Original art pictures on canvas; Paintings
**Filing Basis: Section 1(a), Use in Commerce:** The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended. The mark was first used at least as early as 01/05/1999 and first used in commerce at least as early as 04/05/2003 , and is now in use in such commerce. Applicant hereby submits one(or more) specimen(s) for Class 016 .
**"The substitute (or new, or originally submitted, if appropriate) specimen(s) was/were in use in commerce at least as early as the filing date of the application"***[for an application based on Section 1(a), Use in Commerce] OR* **"The substitute (or new, or originally submitted, if appropriate) specimen(s) was/were in use in commerce prior either to the filing of the Amendment to Allege Use or expiration of the filing deadline for filing a Statement of Use"** *[for an application based on Section 1(b) Intent-to-Use]. OR* **"The attached specimen is a true copy of the specimen that was originally submitted with the application, amendment to allege use, or statement of use"** [for an illegible specimen].

**SIGNATURE(S)**
**Declaration Signature**


**DECLARATION: The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that, if the applicant submitted the application or allegation of use (AOU) unsigned, all statements in the application or AOU and this submission based on the signatory's own knowledge are true, and all statements in the application or AOU and this submission made on information and belief are believed to be true.**

**STATEMENTS FOR UNSIGNED SECTION 1(a) APPLICATION/AOU:** If the applicant filed an unsigned application under 15 U.S.C. §1051(a) or AOU under 15 U.S.C. §1051(c), the signatory additionally believes that: the applicant is the owner of the mark sought to be registered; the mark is in use in commerce and was in use in commerce as of the filing date of the application or AOU on or in connection with the goods/services/collective membership organization in the application or AOU; the original specimen(s), if applicable, shows the mark in use in commerce as of the filing date of the application or AOU on or in connection with the goods/services/collective membership organization in the application or AOU; *for a collective trademark, collective service mark, collective membership mark application, or certification mark application,* the applicant is exercising legitimate control over the use of the mark in commerce and was exercising legitimate control over the use of the mark in commerce as of the filing date of the application or AOU; *for a certification mark application,* the applicant is not engaged in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant. **To the best of the signatory's knowledge and belief, no other persons, except, if applicable, authorized users, members, and/or concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive.**

**STATEMENTS FOR UNSIGNED SECTION 1(b)/SECTION 44 APPLICATION AND FOR SECTION 66(a) COLLECTIVE/CERTIFICATION MARK APPLICATION:** If the applicant filed an unsigned application under 15 U.S.C. §§ 1051(b), 1126(d), and/or 1126(e), or filed a collective/certification mark application under 15 U.S.C. §1141f(a), the signatory additionally believes that: *for a trademark or service mark application,* the applicant is entitled to use the mark in commerce on or in connection with the goods/services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date; *for a collective trademark, collective service mark, collective membership mark, or certification mark application,* the applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date; the signatory is properly authorized to execute the declaration on behalf of the applicant; *for a certification mark application,* the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant. **To the best of the signatory's knowledge and belief, no other persons, except, if applicable, authorized users, members, and/or concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive.**


Signature: /Michel Keck/     Date: 04/06/2017
Signatory's Name: Michel Keck
Signatory's Position: Owner
Signatory's Phone Number: 812-859-4191


**Request for Reconsideration Signature**
Signature: /Michel Keck/     Date: 04/06/2017
Signatory's Name: Michel Keck
Signatory's Position: Owner

Signatory's Phone Number: 812-859-4191

The signatory has confirmed that he/she is not represented by either an authorized attorney or Canadian attorney/agent, and that he/she is either: (1) the owner/holder ; or (2) a person(s) with legal authority to bind the owner/holder; and if an authorized U.S. attorney or Canadian attorney/agent previously represented him/her in this matter, either he/she has filed a signed revocation of power of attorney with the USPTO or the USPTO has granted the request of his/her prior representative to withdraw.

The applicant is filing a Notice of Appeal in conjunction with this Request for Reconsideration.

Serial Number: 87287729
Internet Transmission Date: Thu Apr 06 10:21:55 EDT 2017
TEAS Stamp: USPTO/RFR-XX.XXX.XXX.XXX-201704061021558
31906-87287729-5809cc6566e627c2f35fc5b28
f9237f5edd9a92cf7b8169e42173743be2312c50
-N/A-N/A-20170406100744535433

Keck00151

| To: | KECK, MICHEL (michel@michelkeck.com) |
|---|---|
| Subject: | U.S. TRADEMARK APPLICATION NO. 87287729 - MICHEL KECK - N/A |
| Sent: | 4/6/2017 9:51:23 AM |
| Sent As: | ECOM114@USPTO.GOV |
| Attachments: | |

### UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)
### OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION

**U.S. APPLICATION SERIAL NO.**  87287729

**MARK:** MICHEL KECK

**CORRESPONDENT ADDRESS:**
   KECK, MICHEL
   13855 BOND ROAD
   COAL CITY, IN 47427

## *87287729*

**CLICK HERE TO RESPOND TO THIS LETTER:**
http://www.uspto.gov/trademarks/teas/response_forms.jsp

VIEW YOUR APPLICATION FILE

**APPLICANT:** KECK, MICHEL

**CORRESPONDENT'S REFERENCE/DOCKET NO:**
   N/A
**CORRESPONDENT E-MAIL ADDRESS:**
   michel@michelkeck.com

# OFFICE ACTION

# STRICT DEADLINE TO RESPOND TO THIS LETTER

TO AVOID ABANDONMENT OF APPLICANT'S TRADEMARK APPLICATION, THE USPTO MUST RECEIVE APPLICANT'S COMPLETE RESPONSE TO THIS LETTER **WITHIN 6 MONTHS** OF THE ISSUE/MAILING DATE BELOW.  A RESPONSE TRANSMITTED THROUGH THE TRADEMARK ELECTRONIC APPLICATION SYSTEM (TEAS) MUST BE RECEIVED BEFORE MIDNIGHT **EASTERN TIME** OF THE LAST DAY OF THE RESPONSE PERIOD.

**ISSUE/MAILING DATE: 4/6/2017**

**THIS IS A FINAL ACTION.**

This letter responds to applicant's communication filed on April 3, 2017.

**Introduction**

For the reasons set forth below, the refusal under Trademark Act Sections 1 and 45 is now made FINAL.  *See* Trademark Act Sections 1 and 45, 15 U.S.C. §§1051, 1127; 37 C.F.R. §§2.34(a)(1)(iv), 2.56(a); TMEP §§904, 904.07(a).

**Substitute Specimen Unacceptable – Substitute Specimen Not Verified**

 The refusal to register the applied-for mark in International Class 016 is now made final because applicant failed to provide in response to the refusal a properly verified specimen showing the mark in use in commerce for applicant's goods.   Trademark Act Sections 1 and 45, 15 U.S.C. §§1051, 1127; 37 C.F.R. §§2.34(a)(1)(iv), 2.56(a), 2.63(b), 2.76(b)(2); TMEP §§904, 904.07(a), 1301.04(g)(i).

Keck00152

Applicant was previously refused registration and required to submit a verified substitute specimen in International Class 016 to show use of the applied-for mark in commerce because the specimen did not show what goods were available for sale or the means to order such goods.  An application based on Trademark Act Section 1(a) must include a specimen showing the applied-for mark in use in commerce for each international class of goods identified in the application or amendment to allege use.  15 U.S.C. §§1051, 1127; 37 C.F.R. §§2.34(a)(1)(iv), 2.56(a), 2.76(b)(2); TMEP §§904, 904.07(a).

In response to each refused international class, applicant provided a substitute specimen that appears to show use of the applied-for mark in commerce but is not verified.  The USPTO does not accept materials submitted as specimens without proper verification.  *See* 37 C.F.R. §§2.34(a)(1), 2.59(a)-(b)(1), 2.76(b)(2); *In re Adair*, 45 USPQ2d 1211, 1212 n.2 (TTAB 1997).

Examples of specimens for goods include tags, labels, instruction manuals, containers, photographs that show the mark on the actual goods or packaging, and displays associated with the actual goods at their point of sale.  *See* TMEP §§904.03 *et seq.*  Webpages may also be specimens for goods when they include a picture or textual description of the goods associated with the mark and the means to order the goods.  TMEP §904.03(i).

Applicant may respond to this final specimen refusal by satisfying one of the following for each applicable international class:

(1)     Submit a <u>verification</u> of the previously submitted substitute specimen, attesting that it was in actual use in commerce at least as early as the filing date of the application or prior to the filing of an amendment to allege use.  A "verified substitute specimen" is a specimen that is accompanied by the following statement made in a signed affidavit or supported by a declaration under 37 C.F.R. §2.20:  "The substitute specimen was in use in commerce at least as early as the filing date of the application or prior to the filing of the amendment to allege use."  The substitute specimen cannot be accepted without this statement.

(2)     Submit a different and properly verified specimen (a verified <u>"substitute" specimen</u>) that (a) was in actual use in commerce at least as early as the filing date of the application or prior to the filing of an amendment to allege use and (b) shows the mark in actual use in commerce for the goods identified in the application or amendment to allege use.  The substitute specimen cannot be accepted without the verified statement referenced in (1).

(3)     Amend the filing basis to <u>intent to use under Section 1(b)</u>, for which no specimen is required.  This option will later necessitate additional fee(s) and filing requirements such as providing a specimen.

For an overview of *all* the response options referenced above and instructions on how to satisfy these options online using the Trademark Electronic Application System (TEAS) form, please go to <u>http://www.uspto.gov/trademarks/law/specimen.jsp</u>.

**Response Guidelines**

Applicant must respond within six months of the date of issuance of this final Office action or the application will be abandoned.  15 U.S.C. §1062(b); 37 C.F.R. §2.65(a).  Applicant may respond by providing one or both of the following:

(1)     a response <u>filed using the Trademark Electronic Application System (TEAS)</u> that fully satisfies all outstanding requirements and/or resolves all outstanding refusals; and/or

(2)     an appeal to the Trademark Trial and Appeal Board <u>filed using the Electronic System for Trademark Trials and Appeals (ESTTA)</u> with the required filing fee of $200 per class.

37 C.F.R. §2.63(b)(1)-(2); TMEP §714.04; *see* 37 C.F.R. §2.6(a)(18); TBMP ch. 1200.

In certain rare circumstances, an applicant may respond by <u>filing a petition to the Director</u> pursuant to 37 C.F.R. §2.63(b)(2) to review procedural issues.  TMEP §714.04; *see* 37 C.F.R. §2.146(b); TBMP §1201.05; TMEP §1704 (explaining petitionable matters).  There is a fee required for filing a petition.  37 C.F.R. §2.6(a)(15).

**TEAS PLUS OR TEAS REDUCED FEE (TEAS RF) APPLICANTS – TO MAINTAIN LOWER FEE, ADDITIONAL REQUIREMENTS MUST BE MET, INCLUDING SUBMITTING DOCUMENTS ONLINE:**  Applicants who filed their application online using the lower-fee TEAS Plus or TEAS RF application form must (1) file certain documents online using TEAS, including responses to Office actions (see TMEP §§819.02(b), 820.02(b) for a complete list of these documents); (2) maintain a valid e-mail correspondence address; and (3) agree to receive correspondence from the USPTO by e-mail throughout the prosecution of the application.  *See* 37 C.F.R. §§2.22(b), 2.23(b); TMEP §§819, 820.  TEAS Plus or TEAS RF applicants who do not meet these requirements must submit an additional processing fee of $125 per class of goods and/or services.  37 C.F.R. §§2.6(a)(1)(v), 2.22(c), 2.23(c); TMEP §§819.04, 820.04.  However, in certain situations, TEAS Plus or TEAS RF applicants may respond to an Office action by authorizing an examiner's amendment by telephone or e-mail without incurring this additional fee.

Keck00153

John Sullivan
/John Sullivan/
Examining Attorney
Law Office 114
(571) 272-9519
john.sullivan@uspto.gov

**TO RESPOND TO THIS LETTER:** Go to http://www.uspto.gov/trademarks/teas/response_forms.jsp. Please wait 48-72 hours from the issue/mailing date before using the Trademark Electronic Application System (TEAS), to allow for necessary system updates of the application. For *technical* assistance with online forms, e-mail TEAS@uspto.gov. For questions about the Office action itself, please contact the assigned trademark examining attorney. **E-mail communications will not be accepted as responses to Office actions; therefore, do not respond to this Office action by e-mail.**

**All informal e-mail communications relevant to this application will be placed in the official application record.**

**WHO MUST SIGN THE RESPONSE:** It must be personally signed by an individual applicant or someone with legal authority to bind an applicant (i.e., a corporate officer, a general partner, all joint applicants). If an applicant is represented by an attorney, the attorney must sign the response.

**PERIODICALLY CHECK THE STATUS OF THE APPLICATION:** To ensure that applicant does not miss crucial deadlines or official notices, check the status of the application every three to four months using the Trademark Status and Document Retrieval (TSDR) system at http://tsdr.uspto.gov/. Please keep a copy of the TSDR status screen. If the status shows no change for more than six months, contact the Trademark Assistance Center by e-mail at TrademarkAssistanceCenter@uspto.gov or call 1-800-786-9199. For more information on checking status, see http://www.uspto.gov/trademarks/process/status/.

**TO UPDATE CORRESPONDENCE/E-MAIL ADDRESS:** Use the TEAS form at http://www.uspto.gov/trademarks/teas/correspondence.jsp.

Keck00154

| To: | KECK, MICHEL (michel@michelkeck.com) |
|---|---|
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 87287729 - MICHEL KECK - N/A |
| **Sent:** | 4/6/2017 9:51:25 AM |
| **Sent As:** | ECOM114@USPTO.GOV |
| **Attachments:** | |

## UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)

## IMPORTANT NOTICE REGARDING YOUR
## U.S. TRADEMARK APPLICATION

USPTO OFFICE ACTION (OFFICIAL LETTER) HAS ISSUED
ON **4/6/2017** FOR U.S. APPLICATION SERIAL NO. 87287729

Your trademark application has been reviewed.  The trademark examining attorney assigned by the USPTO to your application has written an official letter to which you must respond.  Please follow these steps:

**(1) READ THE LETTER** by clicking on this link or going to http://tsdr.uspto.gov/, entering your U.S. application serial number, and clicking on "Documents."

The Office action may not be immediately viewable, to allow for necessary system updates of the application, but will be available within 24 hours of this e-mail notification.

**(2) RESPOND WITHIN 6 MONTHS** (*or sooner if specified in the Office action*), calculated from **4/6/2017**, using the Trademark Electronic Application System (TEAS) response form located at http://www.uspto.gov/trademarks/teas/response_forms.jsp.  A response transmitted through TEAS must be received before midnight **Eastern Time** of the last day of the response period.

**Do NOT hit "Reply" to this e-mail notification, or otherwise e-mail your response** because the USPTO does NOT accept e-mails as responses to Office actions.

**(3)  QUESTIONS** about the contents of the Office action itself should be directed to the trademark examining attorney who reviewed your application, identified below.

John Sullivan
/John Sullivan/
Examining Attorney
Law Office 114
(571) 272-9519
john.sullivan@uspto.gov

## WARNING

**Failure to file the required response by the applicable response deadline will result in the ABANDONMENT of your application.** For more information regarding abandonment, see http://www.uspto.gov/trademarks/basics/abandon.jsp.

**PRIVATE COMPANY SOLICITATIONS REGARDING YOUR APPLICATION:** Private companies **not** associated with the USPTO are using information provided in trademark applications to mail or e-mail trademark-related solicitations.  These companies often use names that closely resemble the USPTO and their solicitations may look like an official government document.  Many solicitations require that you pay "fees."

Please carefully review all correspondence you receive regarding this application to make sure that you are responding to an official document

Keck00155

from the USPTO rather than a private company solicitation.  All <u>official</u> USPTO correspondence will be mailed only from the "United States Patent and Trademark Office"  in Alexandria, VA; or sent by e-mail from the domain "@uspto.gov."   For more information on how to handle private company solicitations, see http://www.uspto.gov/trademarks/solicitation_warnings.jsp.

Keck00156

## Trademark Snap Shot Amendment & Mail Processing Stylesheet
(Table presents the data on Amendment & Mail Processing Complete)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 87287729 | FILING DATE | 01/03/2017 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | SULLIVAN, JOHN C | L.O. ASSIGNED | 114 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 04/04/2017 |
| PUB DATE | N/A |
| STATUS | 661-RESPONSE AFTER NON-FINAL-ACTION-ENTERED |
| STATUS DATE | 04/03/2017 |
| LITERAL MARK ELEMENT | MICHEL KECK |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | YES | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | NO | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | MICHEL KECK |
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
| COLOR DRAWING FLAG | NO |

### CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 10-ORIGINAL APPLICANT |

| NAME | KECK, MICHEL |
|---|---|
| ADDRESS | 13855 Bond Road<br>Coal City, IN 47427 |
| ENTITY | 01-INDIVIDUAL |
| CITIZENSHIP | United States of America |
| DBA/AKA | DBA Keck Fine Art |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 016 |
|---|---|
| DESCRIPTION TEXT | Art pictures; Art pictures on canvas; Art prints; Art prints on canvas; Original art pictures on canvas; Paintings |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 016 | FIRST USE DATE | 01/05/1999 | FIRST USE IN COMMERCE DATE | 04/05/2003 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| NAME/PORTRAIT DESC/CONSENT | The name Michel Keck identifies a living individual whose consent is of record. |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 04/03/2017 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 009 |
| 04/03/2017 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 008 |
| 04/03/2017 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 007 |
| 04/03/2017 | GPRN | O | NOTIFICATION OF PRIORITY ACTION E-MAILED | 006 |
| 04/03/2017 | GPRA | F | PRIORITY ACTION E-MAILED | 005 |
| 04/03/2017 | CPRA | R | PRIORITY ACTION WRITTEN | 004 |
| 03/28/2017 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 01/12/2017 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 01/06/2017 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | NONE |
|---|---|
| CORRESPONDENCE ADDRESS | KECK, MICHEL<br>13855 BOND ROAD<br>COAL CITY, IN 47427 |
| DOMESTIC REPRESENTATIVE | NONE |

Keck00158

# Michel Keck

Keck00159



Keck00160

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1957 (Rev 10/2011)
OMB No. 0651-0050 (Exp 07/31/2017)

# Response to Office Action

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 87287729 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 114 |
| **MARK SECTION** | |
| MARK | https://tmng-al.uspto.gov/resting2/api/img/87287729/large |
| LITERAL ELEMENT | MICHEL KECK |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **EVIDENCE SECTION** | |
| EVIDENCE FILE NAME(S) | \\TICRS\EXPORT17\IMAGEOUT 17\872\877\87287729\xml4\ ROA0002.JPG |
| DESCRIPTION OF EVIDENCE FILE | substitute specimen - with my name (trademark) appearing on check out page of web site. |
| **SIGNATURE SECTION** | |
| RESPONSE SIGNATURE | /Michel Keck/ |
| SIGNATORY'S NAME | Michel Keck |
| SIGNATORY'S POSITION | Owner |
| SIGNATORY'S PHONE NUMBER | 812-859-4191 |
| DATE SIGNED | 04/03/2017 |
| AUTHORIZED SIGNATORY | YES |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Mon Apr 03 12:35:02 EDT 2017 |
| TEAS STAMP | USPTO/ROA-XX.XXX.XXX.XXX-20170403123502734529-8728 7729-5801bc780ec063ab6066 454dd283c51c9285d65f81e61 b6fef2d683ef56fe281b-N/A-N/A-20170403122917468747 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1957 (Rev 10/2011)
OMB No. 0651-0050 (Exp 07/31/2017)

**Response to Office Action**

**To the Commissioner for Trademarks:**

Application serial no. **87287729** MICHEL KECK(Standard Characters, see https://tmng-al.uspto.gov/resting2/api/img/87287729/large) has been amended as follows:

**EVIDENCE**
Evidence in the nature of substitute specimen - with my name (trademark) appearing on check out page of web site. has been attached.
Evidence-1

**SIGNATURE(S)**
**Response Signature**
Signature: /Michel Keck/     Date: 04/03/2017
Signatory's Name: Michel Keck
Signatory's Position: Owner

Signatory's Phone Number: 812-859-4191

The signatory has confirmed that he/she is not represented by either an authorized attorney or Canadian attorney/agent, and that he/she is either: (1) the owner/holder ; or (2) a person(s) with legal authority to bind the owner/holder; and if an authorized U.S. attorney or Canadian attorney/agent previously represented him/her in this matter, either he/she has filed a signed revocation of power of attorney with the USPTO or the USPTO has granted the request of his/her prior representative to withdraw.

Serial Number: 87287729
Internet Transmission Date: Mon Apr 03 12:35:02 EDT 2017
TEAS Stamp: USPTO/ROA-XX.XXX.XXX.XXX-201704031235027
34529-87287729-5801bc780ec063ab6066454dd
283c51c9285d65f81e61b6fef2d683ef56fe281b
-N/A-N/A-20170403122917468747



| To: | KECK, MICHEL (michel@michelkeck.com) |
|---|---|
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 87287729 - MICHEL KECK - N/A |
| **Sent:** | 4/3/2017 11:19:34 AM |
| **Sent As:** | ECOM114@USPTO.GOV |
| **Attachments:** | |

### UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)
#### OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION

**U.S. APPLICATION SERIAL NO.**   87287729

**MARK:** MICHEL KECK

**CORRESPONDENT ADDRESS:**
    KECK, MICHEL
    13855 BOND ROAD
    COAL CITY, IN 47427

**APPLICANT:** KECK, MICHEL

**CORRESPONDENT'S REFERENCE/DOCKET
NO:**
    N/A
**CORRESPONDENT E-MAIL ADDRESS:**
    michel@michelkeck.com

## *87287729*

**CLICK HERE TO RESPOND TO THIS LETTER:**
http://www.uspto.gov/trademarks/teas/response_forms.jsp

VIEW YOUR APPLICATION FILE


# PRIORITY ACTION

# STRICT DEADLINE TO RESPOND TO THIS LETTER

TO AVOID ABANDONMENT OF APPLICANT'S TRADEMARK APPLICATION, THE USPTO MUST RECEIVE APPLICANT'S COMPLETE RESPONSE TO THIS LETTER **WITHIN 6 MONTHS** OF THE ISSUE/MAILING DATE BELOW.  A RESPONSE TRANSMITTED THROUGH THE TRADEMARK ELECTRONIC APPLICATION SYSTEM (TEAS) MUST BE RECEIVED BEFORE MIDNIGHT **EASTERN TIME** OF THE LAST DAY OF THE RESPONSE PERIOD.


**ISSUE/MAILING DATE: 4/3/2017**


**DATABASE SEARCH:**  The trademark examining attorney has searched the USPTO's database of registered and pending marks and has found no conflicting marks that would bar registration under Trademark Act Section 2(d).  TMEP §704.02; *see* 15 U.S.C. §1052(d).

**ISSUES APPLICANT MUST ADDRESS:**  On April 3, 2017, the trademark examining attorney and Michel Keck discussed the issues below.  Applicant must timely respond to these issues.  *See* 15 U.S.C. §1062(b); 37 C.F.R. §2.62(a); TMEP §§708, 711.

### Specimen Unacceptable – Does Not Show Mark in Use in International Class 016

 Registration is refused because the specimen does not show the applied-for mark in use in commerce in International Class 016.  Trademark Act Sections 1 and 45, 15 U.S.C. §§1051, 1127; 37 C.F.R. §§2.34(a)(1)(iv), 2.56(a); TMEP §§904, 904.07(a).  Specifically, the specimen shows the mark in use on the homepage of a website, but does not show what goods are available for sale, or the means to order such goods.

An application based on Trademark Act Section 1(a) must include a specimen showing the applied-for mark in use in commerce for each international class of goods identified in the application or amendment to allege use.  15 U.S.C. §1051(a)(1); 37 C.F.R. §§2.34(a)(1)(iv), 2.56(a); TMEP §§904, 904.07(a).

Keck00164

Examples of specimens for goods include tags, labels, instruction manuals, containers, photographs that show the mark on the actual goods or packaging, and displays associated with the actual goods at their point of sale. *See* TMEP §§904.03 *et seq.*  Webpages may also be specimens for goods when they include a picture or textual description of the goods associated with the mark and the means to order the goods.  TMEP §904.03(i).  However, leaflets, handbills, advertising circulars, and other advertising materials generally are not acceptable specimens for goods. *See* TMEP §§904.03 *et seq.*

Applicant may respond to this refusal by satisfying one of the following for each applicable international class:

(1)     Submit a different specimen (a verified "substitute" specimen ) that (a) was in actual use in commerce at least as early as the filing date of the application or prior to the filing of an amendment to allege use and (b) shows the mark in actual use in commerce for the goods identified in the application or amendment to allege use.  A "verified substitute specimen" is a specimen that is accompanied by the following statement made in a signed affidavit or supported by a declaration under 37 C.F.R. §2.20:  "The substitute (or new, or originally submitted, if appropriate) specimen(s) was/were in use in commerce at least as early as the filing date of the application or prior to the filing of the amendment to allege use."  The substitute specimen cannot be accepted without this statement.

(2)     Amend the filing basis to intent to use under Section 1(b), for which no specimen is required.  This option will later necessitate additional fee(s) and filing requirements such as providing a specimen.

For an overview of *both* response options referenced above and instructions on how to satisfy either option online using the Trademark Electronic Application System (TEAS) form, please go to http://www.uspto.gov/trademarks/law/specimen.jsp.

**Response Guidelines**

If applicant has questions regarding this Office action, please telephone or e-mail the assigned trademark examining attorney.  All relevant e-mail communications will be placed in the official application record; however, an e-mail communication will not be accepted as a response to this Office action and will not extend the deadline for filing a proper response.  *See* 37 C.F.R. §§2.62(c), 2.191; TMEP §§304.01-.02, 709.04-.05.  Further, although the trademark examining attorney may provide additional explanation pertaining to the refusal(s) and/or requirement(s) in this Office action, the trademark examining attorney may not provide legal advice or statements about applicant's rights.  *See* TMEP §§705.02, 709.06.

**TEAS PLUS OR TEAS REDUCED FEE (TEAS RF) APPLICANTS – TO MAINTAIN LOWER FEE, ADDITIONAL REQUIREMENTS MUST BE MET, INCLUDING SUBMITTING DOCUMENTS ONLINE:**  Applicants who filed their application online using the lower-fee TEAS Plus or TEAS RF application form must (1) file certain documents online using TEAS, including responses to Office actions (see TMEP §§819.02(b), 820.02(b) for a complete list of these documents); (2) maintain a valid e-mail correspondence address; and (3) agree to receive correspondence from the USPTO by e-mail throughout the prosecution of the application.  *See* 37 C.F.R. §§2.22(b), 2.23(b); TMEP §§819, 820.  TEAS Plus or TEAS RF applicants who do not meet these requirements must submit an additional processing fee of $125 per class of goods and/or services.  37 C.F.R. §§2.6(a)(1)(v), 2.22(c), 2.23(c); TMEP §§819.04, 820.04.  However, in certain situations, TEAS Plus or TEAS RF applicants may respond to an Office action by authorizing an examiner's amendment by telephone or e-mail without incurring this additional fee.

John Sullivan
/John Sullivan/
Examining Attorney
Law Office 114
(571) 272-9519
john.sullivan@uspto.gov

**TO RESPOND TO THIS LETTER:** Go to http://www.uspto.gov/trademarks/teas/response_forms.jsp. Please wait 48-72 hours from the issue/mailing date before using the Trademark Electronic Application System (TEAS), to allow for necessary system updates of the application. For *technical* assistance with online forms, e-mail TEAS@uspto.gov. For questions about the Office action itself, please contact the assigned trademark examining attorney.  **E-mail communications will not be accepted as responses to Office actions; therefore, do not respond to this Office action by e-mail.**

**All informal e-mail communications relevant to this application will be placed in the official application record.**

**WHO MUST SIGN THE RESPONSE:**  It must be personally signed by an individual applicant or someone with legal authority to bind an

applicant (i.e., a corporate officer, a general partner, all joint applicants).  If an applicant is represented by an attorney, the attorney must sign the response.

**PERIODICALLY CHECK THE STATUS OF THE APPLICATION:**  To ensure that applicant does not miss crucial deadlines or official notices, check the status of the application every three to four months using the Trademark Status and Document Retrieval (TSDR) system at http://tsdr.uspto.gov/.  Please keep a copy of the TSDR status screen.  If the status shows no change for more than six months, contact the Trademark Assistance Center by e-mail at TrademarkAssistanceCenter@uspto.gov or call 1-800-786-9199.  For more information on checking status, see http://www.uspto.gov/trademarks/process/status/.

**TO UPDATE CORRESPONDENCE/E-MAIL ADDRESS:**  Use the TEAS form at http://www.uspto.gov/trademarks/teas/correspondence.jsp.

Keck00166

| **To:** | KECK, MICHEL (michel@michelkeck.com) |
|---|---|
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 87287729 - MICHEL KECK - N/A |
| **Sent:** | 4/3/2017 11:19:35 AM |
| **Sent As:** | ECOM114@USPTO.GOV |
| **Attachments:** | |

### UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)

## <u>IMPORTANT NOTICE REGARDING YOUR<br>U.S. TRADEMARK APPLICATION</u>

### USPTO OFFICE ACTION (OFFICIAL LETTER) HAS ISSUED<br>ON 4/3/2017 FOR U.S. APPLICATION SERIAL NO. 87287729

Your trademark application has been reviewed.  The trademark examining attorney assigned by the USPTO to your application has written an official letter to which you must respond.  Please follow these steps:

**(1)  READ THE LETTER** by clicking on this link or going to http://tsdr.uspto.gov/, entering your U.S. application serial number, and clicking on "Documents."

The Office action may not be immediately viewable, to allow for necessary system updates of the application, but will be available within 24 hours of this e-mail notification.

**(2)  RESPOND WITHIN 6 MONTHS** (*or sooner if specified in the Office action*), calculated from 4/3/2017, using the Trademark Electronic Application System (TEAS) response form located at http://www.uspto.gov/trademarks/teas/response_forms.jsp.  A response transmitted through TEAS must be received before midnight **Eastern Time** of the last day of the response period.

**Do NOT hit "Reply" to this e-mail notification, or otherwise e-mail your response** because the USPTO does NOT accept e-mails as responses to Office actions.

**(3)  QUESTIONS** about the contents of the Office action itself should be directed to the trademark examining attorney who reviewed your application, identified below.

John Sullivan<br>
/John Sullivan/<br>
Examining Attorney<br>
Law Office 114<br>
(571) 272-9519<br>
john.sullivan@uspto.gov

## <u>WARNING</u>

**Failure to file the required response by the applicable response deadline will result in the ABANDONMENT of your application.**  For more information regarding abandonment, see http://www.uspto.gov/trademarks/basics/abandon.jsp.

**PRIVATE COMPANY SOLICITATIONS REGARDING YOUR APPLICATION:** Private companies **not** associated with the USPTO are using information provided in trademark applications to mail or e-mail trademark-related solicitations.  These companies often use names that closely resemble the USPTO and their solicitations may look like an official government document.  Many solicitations require that you pay "fees."

Please carefully review all correspondence you receive regarding this application to make sure that you are responding to an official document

Keck00167

from the USPTO rather than a private company solicitation.  All <u>official</u> USPTO correspondence will be mailed only from the "United States Patent and Trademark Office" in Alexandria, VA; or sent by e-mail from the domain "@uspto.gov."   For more information on how to handle private company solicitations, see http://www.uspto.gov/trademarks/solicitation_warnings.jsp.

Keck00168

*** User:jsullivan ***

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 1 | 0 | 1 | 1 | 0:01 | 87287729[SN] |
| 02 | 1324 | N/A | 0 | 0 | 0:01 | *mi{"sc"}h{v0:2}l*[bi,ti] NOT dead[ld] |
| 03 | 1233 | N/A | 0 | 0 | 0:09 | *{"ckq"}e{"ckq"}*[bi,ti] NOT dead[ld] |
| 04 | 1 | 0 | 1 | 1 | 0:01 | 2 AND 3 |
| 05 | 557 | N/A | 0 | 0 | 0:02 | 3 AND "016"[cc] |
| 06 | 138 | 0 | 138 | 124 | 0:14 | {"ckq"}e{"ckq"}*[bi,ti] NOT dead[ld] AND "016"[cc] |
| 07 | 497 | N/A | 0 | 0 | 0:01 | 2 AND "016"[cc] |
| 08 | 482 | N/A | 0 | 0 | 0:02 | mi{"sc"}h{v0:2}l*[bi,ti] NOT dead[ld] AND "016"[cc] |
| 09 | 87 | 0 | 87 | 79 | 0:01 | 2 AND ("016" A B 200)[ic] |

Session started 3/28/2017 3:48:53 PM
Session finished 3/28/2017 3:56:09 PM
Total search duration 0 minutes 32 seconds
Session duration 7 minutes 16 seconds
Defaut NEAR limit=1ADJ limit=1

Sent to TICRS as Serial Number: 87287729

Keck00169

# Michel Keck

Keck00170



Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 87287729**
**Filing Date: 01/03/2017**

*NOTE: Data fields with the* **\*** *are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

---

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| **\*MARK** | [Michel Keck](Michel Keck) |
| **\*STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | Michel Keck |
| **\*MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| **\*OWNER OF MARK** | KECK, MICHEL |
| **DBA/AKA/TA/FORMERLY** | DBA Keck Fine Art |
| **\*STREET** | 13855 Bond Road |
| **\*CITY** | Coal City |
| **\*STATE** (Required for U.S. applicants) | Indiana |
| **\*COUNTRY** | United States |
| **\*ZIP/POSTAL CODE** (Required for U.S. applicants) | 47427 |
| **PHONE** | 812-859-4191 |
| **EMAIL ADDRESS** | XXXX |
| **WEBSITE ADDRESS** | www.michel-keck.com |
| **LEGAL ENTITY INFORMATION** | |
| **\*TYPE** | INDIVIDUAL |
| **\*COUNTRY OF CITIZENSHIP** | United States |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **\*INTERNATIONAL CLASS** | 016 |

| *IDENTIFICATION | Art pictures; Art pictures on canvas; Art prints; Art prints on canvas; Original art pictures on canvas; Paintings |
|---|---|
| *FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 01/05/1999 |
| FIRST USE IN COMMERCE DATE | At least as early as 04/05/2003 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT17\IMAGEOUT 17\872\877\87287729\xml1\ FTK0003.JPG |
| SPECIMEN DESCRIPTION | How my name is used on my art web sites to identify they are my original paintings and line of fine art prints. |

## ADDITIONAL STATEMENTS INFORMATION

| *TRANSLATION (if applicable) | |
|---|---|
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |

## CORRESPONDENCE INFORMATION

| *NAME | KECK, MICHEL |
|---|---|
| *STREET | 13855 Bond Road |
| *CITY | Coal City |
| *STATE (Required for U.S. addresses) | Indiana |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE | 47427 |
| PHONE | 812-859-4191 |
| *EMAIL ADDRESS | michel@michelkeck.com;sales@keckfineart.com; michelkeck526@gmail.com; legal@keckfineart.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## FEE INFORMATION

| APPLICATION FILING OPTION | TEAS Plus |
|---|---|
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 225 |
| *TOTAL FEE PAID | 225 |

## SIGNATURE INFORMATION

| * SIGNATURE | /Michel Keck / |
|---|---|
| * SIGNATORY'S NAME | Michel Keck |
| * SIGNATORY'S POSITION | Owner |
| SIGNATORY'S PHONE NUMBER | 812-859-4191 |
| * DATE SIGNED | 01/03/2017 |

Keck00174

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 87287729**
**Filing Date: 01/03/2017**

## To the Commissioner for Trademarks:

**MARK:** Michel Keck (Standard Characters, see mark)
The literal element of the mark consists of Michel Keck.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, MICHEL KECK, DBA Keck Fine Art, a citizen of United States, having an address of
   13855 Bond Road
   Coal City, Indiana 47427
   United States
   812-859-4191(phone)
   XXXX (not authorized)

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
   International Class 016:  Art pictures; Art pictures on canvas; Art prints; Art prints on canvas; Original art pictures on canvas; Paintings

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 016, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 01/05/1999, and first used in commerce at least as early as 04/05/2003, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) How my name is used on my art web sites to identify they are my original paintings and line of fine art prints..
Specimen File1

For informational purposes only, applicant's website address is: www.michel-keck.com
The applicant's current Correspondence Information:
   KECK, MICHEL
   13855 Bond Road
   Coal City, Indiana 47427
   812-859-4191(phone)
   michel@michelkeck.com;sales@keckfineart.com; michelkeck526@gmail.com; legal@keckfineart.com (authorized)
**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant or applicant's attorney at the e-mail address provided above. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in an additional processing fee of $50 per international class of goods/services.

A fee payment in the amount of $225 has been submitted with the application, representing payment for 1 class(es).

## Declaration

The signatory believes that: if the applicant is filing the application under 15 U.S.C. § 1051(a), the applicant is the owner of the

Keck00175

trademark/service mark sought to be registered; the applicant is using the mark in commerce on or in connection with the goods/services in the application; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed an application under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e), the applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.


Signature: /Michel Keck /   Date Signed: 01/03/2017
Signatory's Name: Michel Keck
Signatory's Position: Owner


RAM Sale Number: 87287729
RAM Accounting Date: 01/04/2017

Serial Number: 87287729
Internet Transmission Date: Tue Jan 03 14:41:59 EST 2017
TEAS Stamp: USPTO/FTK-XX.XXX.XXX.XX-2017010314415918
4875-87287729-5708d9e7e802e2658e4847738e
7c333416ae7af5efdc87ca1d25b87acb2185dce1
-CC-905-20170103134824238405

Keck00176

# Michel Keck

Keck00177



MICHEL KECK

© 2003-2016 Michel Keck

Keck00178