# EXHIBIT D

5:47

# Post



**View insights**      **Boost post**

  Liked by **patty.biggio** and **29 others**

**artmixcreativestudio** Slainte! 🍀 🇮🇪 🍀 In celebration of St. Patrick's Day tomorrow, we are painting colorful & creative landscapes inspired by the Emerald Isle in our studio & zoom studio today and tomorrow!  Every kit purchase includes a delicious St. Patrick's Day cookie baked by

Defendant 00002

5:40

## Photo

 **Liked by kskenneall** and **14 others**

**artmixcreativestudio** Olivia's Sonni-inspired masterpiece is so happy, we just had to share it!  #happyhappyhappy😊 #artmixhouston #sonniart #artmixloves!

**sonni** Love it!

October 11, 2017

        

Defendant 00003

5:35

< **Photo** ↺






**View insights**     **Boost post**

♥   ○

Liked by **jp_kenneally** and **20 others**

**artmixcreativestudio** Do'nut worry, be happy! 🍩 ❣️ 🍩
#artmixloves #sohappy #peterantonart #donuts #artmixhappiness #artmixhouston #artmixloves #sculpture #sprinkles #ricevillagedistrict #houstontx #donutshop #creativity

Defendant 00004

5:29

# Comments

happiness today in camp, as our students made their adorable #sewasoftie Teddies In Space!🐻❣️🐻. Thank you Dutch artist, Philipp Jordan for your Teddies in Space - inspiration, and @coloredbuttons for launching #sewasoftie!❤️ #creativity #sewasoftie #artwelove #philippjordan #1000teddies #holland 🇳🇱 #dutchartists #thenetherlands #artweloveweshare #sewing #madewithlove #felt #buttons #craftingfun #artmixhouston #artmixloves #summercamp2019 #summercreativity #summercamphouston #summercamp #greatforkids

Edited · 160w

 **teddiesinspace** love it!!

158w   Reply   Send

 **artmixcreativestudio** @teddiesinspace thank you! We love your masterpieces 🐻❣️😊

       

 Add a comment...

Defendant 00005

**ARTMIXCREATIVESTUDIO**
# Posts



View insights     Boost post

Liked by **arelyfg80** and **29 others**

**artmixcreativestudio** artmix happiness today in camp, as our students made their adorable #sewasoftie Teddies In Space! 🐻❣️🐻. Thank you Dutch artist, Philipp Jordan for your Teddies in Space - inspiration, and  @coloredbuttons for launching #sewasoftie!❤️
#creativity #sewasoftie #artwelove #philippjordan #1000teddies #holland 🇳🇱 #dutchartists #thenetherlands #artweloveweshare #sewing #madewithlove #felt #buttons #craftingfun #artmixhouston #artmixloves #summercamp2019 #summercreativity #summercamphouston #summercamp #greatforkids

View all 17 comments

**sewasoftie** How sweet!! Love their smiles 💗

**hello.moonpie** Those proud happy faces!! Nice work ladies!! 😄🙌💕🧵

July 12, 2019

Defendant 00006

4:26

 **simonbullart**
Active now

We are so excited and extremely grateful for your kindness!  We adore you and your masterpieces are amazing.  Thank you for all if your inspiration!

Best wishes for a very happy birthday!🥲🥰🥲

MAR 9, 2021

Congratulations Art Mix Creative Studio! You have been personally selected by me as one of three winners for the #simonbullartbirthday contest!

To claim your prize:
1.Follow the link below and shop our current selection of Journals.
2.Add one journal of your

Message...

4:26

 **simonbullart**
Active now



> Happy birthday to one of our favorite artists, @simonbullart! Thank you for inspiring all of us with your creativity! 🥰🥰🥰
>
> #SIMONBULLARTBIRTHDAY
> @ARTMIXCREATIVESTUDIO
> @AFREYSSINIER   @ARELYFC80

Only you can see this

MAR 8, 2021

Congratulations! you have won a free print in my Instagram birthday contest! just go to: https:// simonbullstore.com/ collections/canvases and enter the coupon code Winner2. Really fun that you posted your simonbullartbirthday pictures of the kids! Thank you.

Message...



## simonbullart
Active now

  

You mentioned simonbullart in your story



Only you can see this

You mentioned simonbullart in your story



Only you can see this

 Message...

   

Defendant 00009





**Sonni**
sonni

 

JUN 28, 2017

Send me better pictures
please to
hello@sonnistudios.com
I would love to see what the
kids are doing, best

JUN 28, 2017

Thank you so much for your
reply.  We love your work
and have done several
projects inspired by you! I
will send you more pictures!



AUG 9, 2017

Mentioned you in their story

Message...

     

Defendant 00010