UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **MICHEL KECK**<br>    Plaintiff, | §<br>§<br>§<br>§ | |
| vs. | § | Civil Action No. 4:21-cv-0430 |
| **MIX CREATIVE LEARNING CENTER, LLC, et al,**<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§ | |

## ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF NO WILLFUL COPYRIGHT INFRINGEMENT AGAINST PLAINTIFF MICHEL KECK

The Court having considered the Motion For Summary Judgment of No Willful Copyright Infringement by Defendants Mix Creative Learning Center, LLC, et al. against Plaintiff Michel Keck, and any response thereto, and the pleadings and papers on file, and argument of counsel, the Court hereby:

GRANTS Defendants' Motion for Summary Judgment of No Willful Copyright Infringement. All relief for willful infringement requested by Plaintiff in this matter is DENIED.

SIGNED this ____ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE